B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Muldrow, Jeffrey S.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Muldrow, Maureen Elizabeth** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Maureen Elizabeth Murphy** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-1096** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9860** |
| Street Address of Debtor (No. and Street, City, and State):<br>**686 Timber Hill Rd.**<br>**Deerfield, IL**    ZIP Code **60015** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**686 Timber Hill Rd.**<br>**Deerfield, IL**    ZIP Code **60015** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- □ Corporation (includes LLC and LLP)
- □ Partnership
- □ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- □ Health Care Business
- □ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- □ Railroad
- □ Stockbroker
- □ Commodity Broker
- □ Clearing Bank
- □ Other

**Tax-Exempt Entity** (Check box, if applicable)
- □ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- □ Chapter 9
- □ Chapter 11
- □ Chapter 12
- □ Chapter 13
- □ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- □ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- □ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- □ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- □ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- □ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- □ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- □ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- □ A plan is being filed with this petition.
- □ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- □ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| □ | □ | □ | ■ | □ | □ | □ | □ | □ | □ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| □ | □ | ■ | □ | □ | □ | □ | □ | □ | □ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| □ | □ | □ | ■ | □ | □ | □ | □ | □ | □ |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Muldrow, Jeffrey S.**<br>**Muldrow, Maureen Elizabeth** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  /s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)  July 2, 2010<br>Signature of Attorney for Debtor(s)      (Date)<br>**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                       Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Muldrow, Jeffrey S.**<br>**Muldrow, Maureen Elizabeth** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jeffrey S. Muldrow**
_____
Signature of Debtor  **Jeffrey S. Muldrow**

X **/s/ Maureen Elizabeth Muldrow**
_____
Signature of Joint Debtor **Maureen Elizabeth Muldrow**

_____
Telephone Number (If not represented by attorney)

**July 2, 2010**
_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
_____
Signature of Attorney for Debtor(s)

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
_____
Printed Name of Attorney for Debtor(s)

**Kaplan Law Offices, P.C.**
_____
Firm Name
**4043 Dempster**
**Skokie, IL 60076**

_____
Address

**Email: ayk@ameritech.net**
**847-676-8600  Fax: 847-676-8601**
_____
Telephone Number

**July 2, 2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jeffrey S. Muldrow**
**Maureen Elizabeth Muldrow**      Case No. _____

Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jeffrey S. Muldrow**
                              **Jeffrey S. Muldrow**

Date:   **July 2, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jeffrey S. Muldrow**
**Maureen Elizabeth Muldrow**

                                     Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);
  ☐ Active military duty in a military combat zone.

  ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

  **I certify under penalty of perjury that the information provided above is true and correct.**

    Signature of Debtor: **/s/ Maureen Elizabeth Muldrow**
             **Maureen Elizabeth Muldrow**
    Date: **July 2, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re  **Jeffrey S. Muldrow,**
      **Maureen Elizabeth Muldrow**

Case No. _____

_____ ,
                                      Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 285,000.00 | | |
| B - Personal Property | Yes | 3 | 73,305.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 276,991.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 52 | | 380,435.48 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 16 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 8,437.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,651.00 |
| Total Number of Sheets of ALL Schedules | | 84 | | | |
| | | Total Assets | 358,305.00 | | |
| | | | Total Liabilities | 657,426.48 | |

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jeffrey S. Muldrow,**                                    Case No. _____
**Maureen Elizabeth Muldrow**
_____ ,
Debtors    Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 8,437.00 |
| Average Expenses (from Schedule J, Line 18) | 8,651.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,810.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,848.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 380,435.48 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 382,283.48 |

B6A (Official Form 6A) (12/07)

In re    **Jeffrey S. Muldrow,**                      Case No. _____

         **Maureen Elizabeth Muldrow**

_____ ,

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence/Single Family House:** <br> **686 Timber Hill Road** <br> **Deerfiled, Illinois 60015** | **Joint tenant** | **J** | **285,000.00** | **249,143.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **285,000.00** | (Total of this page) |
| Total > | **285,000.00** | |

____**0**____ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Jeffrey S. Muldrow,**                               Case No. _____
         **Maureen Elizabeth Muldrow**

                                             Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | | **Cash on Hand** | J | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal checking account Great Lakes Credit Union** | J | 1,000.00 |
| | | **Personal saving account at Great Lake Credit Union** | J | 5.00 |
| | | **Savings account at Navy Federal Credit Union** | H | 100.00 |
| | | **Business checking account at Associated Bank in name of The Margarita Club, Ltd. (maybe closed)** | H | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | **General jewelry (wedding bands, earrings, necklace, watches)** | J | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance** | W | 0.00 |
| | | **Term life insurnace** | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                  Sub-Total >       **2,305.00**
                                               (Total of this page)

   __2__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jeffrey S. Muldrow,**                                                     Case No. _____
     **Maureen Elizabeth Muldrow**

_____ ,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA with Janus Funds** | W | 12,000.00 |
| | | **Roth IRA with American Funds** | H | 5,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Money Market Account with Janus** | J | 3,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                       Sub-Total >      **20,000.00**
                                 (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**                                              Case No. _____
         **Maureen Elizabeth Muldrow**
                                                                          ,
                                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Honda with aprox. 90,000 miles | W | 7,500.00 |
| | | 2010 Saturn with aprox. 35,000 miles | H | 18,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Inventory for Margarita Club, Ltd. 1566 Oak, Evanston, IL 60201 | H | 25,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total >  (Total of this page) | 51,000.00 |
| Total > | 73,305.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Jeffrey S. Muldrow,**                        Case No. _____

          **Maureen Elizabeth Muldrow**

                                               Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                        $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence/Single Family House:** | **735 ILCS 5/12-901** | **30,000.00** | **285,000.00** |
| **686 Timber Hill Road** | | | |
| **Deerfiled, Illinois 60015** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Personal checking account Great Lakes Credit Union** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Personal saving account at Great Lake Credit Union** | **735 ILCS 5/12-1001(b)** | **5.00** | **5.00** |
| **Savings account at Navy Federal Credit Union** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Business checking account at Associated Bank in name of The Margarita Club, Ltd. (maybe closed)** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Furs and Jewelry** | | | |
| **General jewelry (wedding bands, earrings, necklace, watches)** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Interests in Insurance Policies** | | | |
| **Term life insurance** | **215 ILCS 5/238** | **0.00** | **0.00** |
| **Term life insurnace** | **215 ILCS 5/238** | **0.00** | **0.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA with Janus Funds** | **735 ILCS 5/12-704** | **12,000.00** | **12,000.00** |
| | **735 ILCS 5/12-1006** | **12,000.00** | |
| **Roth IRA with American Funds** | **735 ILCS 5/12-704** | **5,000.00** | **5,000.00** |
| | **735 ILCS 5/12-1006** | **5,000.00** | |
| **Stock and Interests in Businesses** | | | |
| **Money Market Account with Janus** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **3,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Honda with aprox. 90,000 miles** | **735 ILCS 5/12-1001(b)** | **0.00** | **7,500.00** |
| **2010 Saturn with aprox. 35,000 miles** | **735 ILCS 5/12-1001(c)** | **0.00** | **18,500.00** |

                                          Total:     **69,105.00**     **333,105.00**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Jeffrey S. Muldrow,**
**Maureen Elizabeth Muldrow,**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **4009293541007153** <br><br>**Associated Bank Corp** <br>**1305 Main St** <br>**Stevens Point, WI 54481** | | H | Opened 11/01/05 <br><br>**Second Mortgage** <br><br>**Residence/Single Family House:** <br>**686 Timber Hill Road** <br>**Deerfiled, Illinois 60015** | | X | | | |
| | | | Value $            **285,000.00** | | | | **75,443.00** | **0.00** |
| Account No. **6011312** <br><br>**Carmax Auto Finance** <br>**2040 Thalbro St** <br>**Richmond, VA 23230** | | J | Opened  7/30/07 <br><br>**Purchase Money Security** <br><br>**2003 Honda with aprox. 90,000 miles** | | X | | | |
| | | | Value $              **7,500.00** | | | | **7,601.00** | **101.00** |
| Account No. **1563074314240** <br><br>**Chase** <br>**Po Box 1093** <br>**Northridge, CA 91328** | | J | Opened  7/24/03 <br><br>**Mortgage** <br><br>**Residence/Single Family House:** <br>**686 Timber Hill Road** <br>**Deerfiled, Illinois 60015** | | X | | | |
| | | | Value $            **285,000.00** | | | | **173,700.00** | **0.00** |
| Account No. **10923414363904** <br><br>**Chase** <br>**201 N Walnut St # De1-10** <br>**Wilmington, DE 19801** | | H | Opened  8/22/09 <br><br>**Purchase Money Security** <br><br>**2010 Saturn with aprox. 35,000 miles** | | X | | | |
| | | | Value $             **18,500.00** | | | | **20,247.00** | **1,747.00** |

___0___  continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | 276,991.00 | 1,848.00 |
| Total <br>(Report on Summary of Schedules) | 276,991.00 | 1,848.00 |

B6E (Official Form 6E) (4/10)

.

In re    **Jeffrey S. Muldrow,**                                           Case No. _____
         **Maureen Elizabeth Muldrow**
                                                                        ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**5**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Jeffrey S. Muldrow,**
**Maureen Elizabeth Muldrow**

Case No. _____

_____,
Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Adam Sieczka**<br>**1357 N. Ashland**<br>**Apt. 2-C**<br>**Chicago, IL 60622** | | J | Employee | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Arturo G. Valencia**<br>**6418 N. Richmond St.**<br>**Apt. 2A**<br>**Chicago, IL 60645** | | J | Employee | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Arturo Hernandez**<br>**1412 W. Montrose Ave.**<br>**Apt. 1-A**<br>**Chicago, IL 60613** | | J | Employee | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Arturo Loranca**<br>**1935 Brown Ave.**<br>**Evanston, IL 60201** | | J | Employee | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Eduardo Mendez**<br>**1429 W. Lunt**<br>**Apt. 305**<br>**Chicago, IL 60626** | | J | Employee | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Jeffrey S. Muldrow,**
        **Maureen Elizabeth Muldrow**
                                                                    Case No. _____

_____,
                            Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee | | | | | |
| Eric B. Hammond 807 Judson Ave. Apt. 2 Evanston, IL 60202 | | J | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | Employee | | | | | |
| Eric Huang | | J | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | Employee | | | | | |
| Fidel Oleaz 4636 S. Calinfornia Chicago, IL 60632 | | J | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | Employee | | | | | |
| Ivan Silva 4608 N. Beacon Chicago, IL 60640 | | J | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Employee | | | | | |
| Jason A. Prah 4310 N. Damen Chicago, IL 60618 | | J | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 | |
|---|---|---|---|
|  | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Jeffrey S. Muldrow,**
**Maureen Elizabeth Muldrow**

Case No. _____

,
Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jesus Junez**<br>**5319 N. Hoyne Ave.**<br>**1st Floor**<br>**Chicago, IL 60625** | | J | Employee | | | | Unknown<br><br>**Unknown** | **Unknown**<br><br>**0.00** |
| Account No.<br><br>**Jorge M.Bernal**<br>**5521 N. Greenwood**<br>**Apt. 2**<br>**Chicago, IL 60640** | | J | Employee | | | | Unknown<br><br>**Unknown** | **Unknown**<br><br>**0.00** |
| Account No.<br><br>**Jose Diaz**<br>**1939 N. Tripp Ave.**<br>**Chicago, IL 60639** | | J | Employee | | | | Unknown<br><br>**Unknown** | **Unknown**<br><br>**0.00** |
| Account No.<br><br>**Jose Luis Avalos Vasquez**<br>**1716 W. Greenleaf Garden**<br>**Chicago, IL 60626** | | J | Employee | | | | Unknown<br><br>**Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Leobardo Ibarra Avila**<br>**4005 N. Sheridan Rd.**<br>**Apt. 3**<br>**Chicago, IL 60613** | | J | Employee | | | | Unknown<br><br>**Unknown** | **Unknown**<br><br>**Unknown** |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **0.00** | **0.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re      **Jeffrey S. Muldrow,**
           **Maureen Elizabeth Muldrow**
                                                                    Case No. _____
                                                              ,
                                             Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Luis Castaneda**<br>**6312 N. Bell Ave.**<br>**Chicago, IL 60659** | | J | Employee | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Luis Galindo** | | J | Employee | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Luiz Cruz**<br>**2361 W. Chase**<br>**Apt. 2**<br>**Chicago, IL 60645** | | J | Employee | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Manuel Perez**<br>**1515 W. Morse Ave.**<br>**Apt. 307**<br>**Chicago, IL 60626** | | J | Employee | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Mario Junez**<br>**5319 W. Morse Ave.**<br>**Chicago, IL 60645** | | J | Employee | | | | Unknown<br><br>Unknown | Unknown<br><br>Unknown |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re  **Jeffrey S. Muldrow,**
      **Maureen Elizabeth Muldrow**

Case No. _____

                                    Debtors,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ralitsa Mitrakieva** | | J | Employee | | | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. <br><br> **Ruben Padilla** <br> **1750 W. Granville** <br> **Chicago, IL 60660** | | J | Employee | | | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. <br><br> **Segundo Gambino** | | J | Employee | | | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. <br><br> **Sergio Perez** <br> **1515 W. Morse Ave.** <br> **Apt. 307** <br> **Chicago, IL 60626** | | J | Employee | | | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| | **0.00** | **0.00** |
| Total (Report on Summary of Schedules) | **0.00** | |
| | **0.00** | **0.00** |

B6F (Official Form 6F) (12/07)

In re    **Jeffrey S. Muldrow,**
**Maureen Elizabeth Muldrow**                                              Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**24/7 HVAC Co.**<br>**8615 N. Crawford Ave**<br>**Skokie, IL 60076** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |
| Account No.<br><br>**A&A Moleys Service, Inc**<br>**928 Chicago Ave**<br>**Evanston, IL 60202** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **22.94** |
| Account No.  **220489**<br><br>**Abbruzzi Distributors**<br>**15 W 23rd St**<br>**Chicago Heights, IL 60411** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **159.42** |
| Account No.<br><br>**ADP Payroll**<br>**5800 Windward Parkway**<br>**Alpharetta, GA 30005** | | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |

__51__ continuation sheets attached

Subtotal
(Total of this page)                                     **182.36**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:30457-100630    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**
       **Maureen Elizabeth Muldrow**                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **21305** <br><br> **AdvanceMe, Inc.** <br> **2015 Vaughn Rd.** <br> **Bld. 500** <br> **Kennesaw, GA 30144** | X | H | | **Dec. 2009** <br> **Business credit account.** | | X | | 85,556.00 |
| Account No. <br><br> **Advantage Valey Parking** <br> **P.O. Box 356** <br> **Wauconda, IL 60084** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | 4,254.00 |
| Account No. <br><br> **After Hours Plumbing & Sewer, Inc** <br> **PO Box 862** <br> **Zion, IL 60099** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No. <br><br> **Alden's Piano Co.** <br> **596 Toorndale** <br> **Waukegan, IL 60085** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | 95.00 |
| Account No. <br><br> **All Furniture Care** <br> **3403 N Ridge Ave** <br> **Arlington Heights, IL 60004** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |

Sheet no. __1__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    89,905.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**                                        Case No. _____
   **Maureen Elizabeth Muldrow**
_____ ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **52620** <br><br> **ALSCO** <br> **2641 Leavitt St** <br> **Chicago, IL 60608** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |
| Account No. <br><br> **Amanda Schaefer & Gabriel Greene** <br> **6804 Bonnie Ridge Dr.** <br> **T2** <br> **Baltimore, MD 21209** | | J | | **08/14/10** <br> **Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | X | | **1,000.00** |
| Account No. **VA1566** <br><br> **Amcon** <br> **601 Glendale** <br> **Glenview, IL 60025** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |
| Account No. **3727-136660-92000** <br><br> **American Express** <br> **PO Box 650448** <br> **Dallas, TX 75265** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |
| Account No. <br><br> **Amol's Speciality Inc.** <br> **710 S Flores St** <br> **San Antonio, TX 78204** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |

Sheet no. __**2**___ of __**51**___ sheets attached to Schedule of      Subtotal          **1,000.00**
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**                                    Case No. _____
    **Maureen Elizabeth Muldrow**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ana M. Rodriguez** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. 147250005 <br><br> **Anderson Pest Control** <br> **501 W Lake** <br> **Elmhurst, IL 60126** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **307.50** |
| Account No. 212890001 <br><br> **Anderson Pest Control** <br> **501 W Lake** <br> **Elmhurst, IL 60126** | | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. <br><br> **Angelo Gelato Italiano Co., Inc** <br> **570 County Line Rd** <br> **Bensenville, IL 60106** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **432.00** |
| Account No. <br><br> **Apex Managment & Special Events,Inc** <br> **Amy Bartz** <br> **301 Lake St., Ste. 219** <br> **Elmhurst, IL 60126** | | J | 05/05/10 <br> Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | X | | **1,000.00** |

Sheet no. __3__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,739.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**
  **Maureen Elizabeth Muldrow**                                                   Case No. _____

_____,
                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **ARS** <br> **731 District Dr** <br> **Itasca, IL 60143** | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |
| Account No. **500008203** <br><br> **ASCAP** <br> **2690 Cumberland Pkwy** <br> **Ste 4** <br> **Atlanta, GA 30339-3913** | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | 111.99 |
| Account No. **4009-2935-4100-7153** <br><br> **Associated Bank** <br> **PO Box 2926** <br> **Milwaukee, WI 53201** | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |
| Account No. **698-0698-3059057-9001** <br><br> **Associated Bank** <br> **PO Box 2926** <br> **Milwaukee, WI 53201** | | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |
| Account No. **0570001431** <br><br> **Associated Bank** <br> **PO Box 19097** <br> **Green Bay, WI 54307-9006** | | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |

Sheet no. __4__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    111.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
      **Maureen Elizabeth Muldrow**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Assurant Health** | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. 3124092574<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507** | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. 8474757779<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507** | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **1,622.50** |
| Account No. 857732009<br><br>**AT&T**<br>**Po Box 8100**<br>**Aurora, IL 60507** | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **10.06** |
| Account No.<br><br>**AT&T Long Distance**<br>**PO Box 5017**<br>**Carol Stream, IL 60197** | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |

Sheet no. __5___ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,632.56**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**                                                    Case No. _____
         **Maureen Elizabeth Muldrow**
_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
                                (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1302** <br><br> **Automatic Icemakers** <br> **PO Box 54363725 N. Talman** <br> **Chicago, IL 60680** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | 300.00 |
| Account No. <br><br> **Bankard Merchant fees** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |
| Account No. <br><br> **Barbara Minkus** <br> **4544 Grove St.** <br> **Skokie, IL 60076** | | J | 04/08/10 <br> Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | X | | 500.00 |
| Account No. <br><br> **Barbara's Balloons** <br> **1880 Techny Court** <br> **Northbrook, IL 60062** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |
| Account No. <br><br> **BBJ Linen** <br> **7855 Gross Point Road** <br> **Skokie, IL 60077** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | 1,923.88 |

Sheet no. __6__ of __51__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)          | 2,723.88 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey S. Muldrow,**                                        Case No. _____
        **Maureen Elizabeth Muldrow**

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Beivuma Inc.**<br>**1510 Heidorn Ave**<br>**Westchester, IL 60154** | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | 2,160.71 |
| Account No.<br><br>**Beivuma Inc.**<br>**1510 Heidorn Ave**<br>**Westchester, IL 60154** | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | 1,388.02 |
| Account No.<br><br>**Benisons Bakery**<br>**1000 Davis St**<br>**Evanston, IL 60201** | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | 374.85 |
| Account No.<br><br>**Benjamin Tea Inc.**<br>**5858 Northwest Highway**<br>**Chicago, IL 60631** | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |
| Account No.<br><br>**Berkel Midwest Sales and Service**<br>**4900 West 128th Place**<br>**Alsip, IL 60803** | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |

Sheet no. __7___ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  **3,923.58**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Jeffrey S. Muldrow,**
     **Maureen Elizabeth Muldrow**                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No. | | | | 04/28/10 | | | | |
| Bienen Scholl of Music Ellen Schantz 711 Elgin Rd. Evanston, IL 60208 | | J | | Advanced deposit to Va Pensiero for catering event; Business Debt; included for purposes of discharge of personal liability, if any. | | X | | 1,000.00 |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| Bill Peterson Productions Inc. 344 N Elm Avenue Elmhurst, IL 60126 | X | J | | | | X | | Unknown |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| Binny's Beverage Depot 5100 W Dempster Skokie, IL 60077 | X | J | | | | X | | Unknown |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| Bittersweet 114 W Belmont Chicago, IL 60657 | X | J | | | | X | | Unknown |
| Account No. 1150393 | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| BMI 10 Music Square East Nashville, TN 37203 | X | J | | | | X | | Unknown |

Sheet no. __8__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal          1,000.00
                                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**
       **Maureen Elizabeth Muldrow**                                            Case No. _____

_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Brad Ilko**<br>**Po Box 1794**<br>**Evanston, IL 60204** | | J | | **04/25/10**<br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | X | | 1,000.00 |
| Account No. **VAPEN**<br><br>**Brides.com**<br>**PO Box 5350**<br>**New York, NY 10087** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No.<br><br>**Broich Enterprises, Inc**<br>**6440 City West Parkway**<br>**Eden Prairie, MN 55344** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No. 007957<br><br>**Business Graphics Inc**<br>**955 Dieckman St**<br>**Woodstock, IL 60098** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | 141.56 |
| Account No.<br><br>**Cahill Inc**<br>**1515 Church St**<br>**Evanston, IL 60204** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |

Sheet no. __9__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,141.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
      **Maureen Elizabeth Muldrow**

Case No. _____

                                           ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cancan Ma & Nhan Than**<br>**4419 N. Lawndale**<br>**2B**<br>**Chicago, IL 60625** | | J | 09/04/10<br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | | X | **1,000.00** |
| Account No.<br><br>**CarMax Auto Finance**<br>**PO Box 3174**<br>**Milwaukee, WI 53201** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | | X | **Unknown** |
| Account No. 078905<br><br>**Carousel Linen Rental**<br>**454 Sheridan Rd**<br>**Highwood, IL 60040** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | | X | **Unknown** |
| Account No.<br><br>**Catherine Schieve**<br>**7322 Island Circle**<br>**Boulder, CO 80301-3906** | | J | 04/24/10<br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | | X | **250.00** |
| Account No. 1015316<br><br>**CBS Collegiate Sports Properties**<br>**PO Box 33074**<br>**Newark, NJ 07188** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | | X | **Unknown** |

Sheet no. __10__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,250.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey S. Muldrow,**
         **Maureen Elizabeth Muldrow**                                    Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**CCNA** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |
| Account No. **438857525479**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | J | | **Opened 4/11/04 Credit account.** | | X | | **1,805.00** |
| Account No. **6900**<br><br>**Chase**<br>**Po Box 15153**<br>**Wilmington, DE 19886** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **246.00** |
| Account No. **3777**<br><br>**Chase Visa Card**<br>**Po Box 15153**<br>**Wilmington, DE 19886** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |
| Account No.<br><br>**Chicago Coast True Value**<br>**6942 N Western Ave**<br>**Chicago, IL 60645** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |

Sheet no. __11__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,051.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**                                                          Case No. _____
         **Maureen Elizabeth Muldrow**
_____,
                                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Chicago Jewish News** **Attn: Steve Goodman** **5301 West Dempster** **Skokie, IL 60076** | X | J | | | X | | **Unknown** |
| Account No. | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Chicago Style Weddings** **1008 Bonaventure Dr** **Elk Grove Village, IL 60007** | X | J | | | X | | **Unknown** |
| Account No. | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Chicagos North Shore C&VB** **801 Lincoln Avenue** **Ste 715** **Skokie, IL 60077** | X | J | | | X | | **220.00** |
| Account No. | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **City Beverage-Arlington** **1401 E. Algonquin Rd** **Arlington Heights, IL 60005** | X | J | | | X | | **Unknown** |
| Account No. | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **City Of Chicago** | X | J | | | X | | **Unknown** |

Sheet no. __12__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **220.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
      **Maureen Elizabeth Muldrow**                                  Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City Of Evanston**<br>**Ann Stuart, Health and Human**<br>**Suite 1700**<br>**Evanston, IL 60201** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **4,491.97** |
| Account No.<br><br>**City of Evanston** | X | J | | Tax | | X | | **Unknown** |
| Account No.<br><br>**City of Evanston Managers Office**<br>**Attn: Liquor License Coordinator** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |
| Account No.<br><br>**Cleaners Warehouse**<br>**7300 N Western**<br>**Chicago, IL 60645** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |
| Account No. 0601 14894281<br><br>**CNA Surety**<br>**8137 Innovation Way**<br>**Chicago, IL 60682** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |

Sheet no. __**13**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

         Subtotal
     (Total of this page)      **4,491.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**                                                Case No. _____
         **Maureen Elizabeth Muldrow**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Coca-Cola Bottling Company** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. **1943348008**  **ComED Bill Payment Center Chicago, IL 60668-0001** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **1,864.68** |
| Account No. **17-0306**  **CommunityLink 4742 Holts Prairie Rd PO Box 306** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No.  **Connoisseur Wines 7510 N Caldwell Niles, IL 60714** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **2,806.07** |
| Account No. **VAPEN**  **Cora Italian Specialities Inc 9630 Joliet Road La Grange, IL 60525** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |

Sheet no. __**14**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **4,670.75**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**
       **Maureen Elizabeth Muldrow**

Case No. _____

_____ ,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Costco | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. **69**<br><br>Cozzini Brothers, Inc<br>350 Howard Ave<br>Des Plaines, IL 60018 | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **268.50** |
| Account No. **303938**<br><br>Cream Wine Company<br>118 N Peioria St<br>3rd Floor<br>Chicago, IL 60607 | | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No.<br><br>CVS | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No.<br><br>Darlene Reed | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **150.00** |

Sheet no. __**15**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**418.50**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**                                                          Case No. _____
         **Maureen Elizabeth Muldrow**
_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2010-L-000001** <br><br> **David Cole** <br>**c/o Law Office of Michael Torchalsk** <br>**820 E. Terra Cotta Ave., Ste. 207** <br>**Crystal Lake, IL 60014** | | J | **14 April 2008** <br>**Personal injury law suit (car accident)** | | X | | 50,001.00 |
| Account No. <br><br> **David Young & Lauren Etter** <br>**1628 Wesley Ave.** <br>**Evanston, IL 60201** | | J | **07/30/10** <br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | X | | 1,000.00 |
| Account No. <br><br> **Davis Florist** <br>**1022 Davis St** <br>**Evanston, IL 60201** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No. <br><br> **Deal Me in Marketing** <br>**PO Box 305** <br>**Northbrook, IL 60065** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No. <br><br> **Discover** <br>**Po Box 52145** <br>**Phoenix, AZ 68072** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |

Sheet no. __16__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **51,001.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**
     **Maureen Elizabeth Muldrow**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6011-0032-6317-5216** | | | | Opened 4/17/08 Credit account. | | | | |
| **Discover Fin Svcs Llc** **Po Box 15316** **Wilmington, DE 19850** | | H | | | | X | | |
| | | | | | | | | **3,016.00** |
| Account No. **601100785072** | | | | Opened 4/26/88 Credit account. | | | | |
| **Discover Fin Svcs Llc** **Po Box 15316** **Wilmington, DE 19850** | | J | | | | X | | |
| | | | | | | | | **797.00** |
| Account No. **19909** | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Distinctive Wine and Spirits** **2701 S Western Ave** **Chicago, IL 60608** | X | J | | | | X | | |
| | | | | | | | | **Unknown** |
| Account No. **11053081** | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Edward Don & Company** **2562 Payspehere Circle** **Chicago, IL 60674** | X | J | | | | X | | |
| | | | | | | | | **8,266.46** |
| Account No. | | | | 03/30/10 Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | | | |
| **Eileen Chao** **2200 Cabot Drive** **Lisle, IL 60532** | | J | | | | X | | |
| | | | | | | | | **150.00** |

Sheet no. __17__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,229.46**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
    **Maureen Elizabeth Muldrow**
    _____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Elissa Knof & Mike Vantubbergen**<br>**1715 Chicago Ave.**<br>**#918**<br>**Evanston, IL 60201** | | J | **06/25/10**<br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | X | | 1,000.00 |
| Account No. **10502**<br><br>**European Imports, Ltd.**<br>**135 S. Lasalle Street #4494**<br>**Chicago, IL 60674** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | 172.65 |
| Account No.<br><br>**Evanston Chamber of Commerce**<br>**1560 Sherman Ave.**<br>**Ste. 860**<br>**Evanston, IL 60201** | | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No.<br><br>**Evanston First Liquors** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No.<br><br>**Evanston Health**<br>**2100 Rdige Avenue**<br>**Evanston, IL 60201** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |

Sheet no. **18** of **51** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,172.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey S. Muldrow,**
        **Maureen Elizabeth Muldrow**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Evanston Roundtable** <br>**1124 Florence Ave Ste 3** <br>**Evanston, IL 60202** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No. 0101100720-00 <br><br>**Evanston Water Dept** <br>**PO Box 4007** <br>**Carol Stream, IL 60197** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No. 0205550140-00 <br><br>**Evanston Water Dept** <br>**PO Box 4007** <br>**Carol Stream, IL 60197** | | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No. <br><br>**Expedition Wine and Spirits** <br>**5215 N Ravenswood** <br>**Suite 311** <br>**Chicago, IL** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No. <br><br>**Extra Value Wine and Liquor** <br>**7380 N Western Ave** <br>**Chicago, IL 60645** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |

Sheet no. __19__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
**Maureen Elizabeth Muldrow**                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7532** | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Facilitec Central** **3851 Clearview Ct, Ste A** **Gurnee, IL 60031** | X | J | | | | X | | Unknown |
| Account No. **7532** | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Filter Brite** **3851 Central Ct, Ste D** **Gurnee, IL 60031** | X | J | | | | X | | 97.00 |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Fine Vines, LLC** **2825 Thomas St** **Melrose Park, IL 60160** | X | J | | | | X | | Unknown |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Flader Plumbing & Heating** **3004 Central St** **Evanston, IL 60201** | X | J | | | | X | | Unknown |
| Account No. **VIA004** | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Fortessa, Inc** **22601 Davis Drive** **Sterling, VA 20164** | X | J | | | | X | | 495.01 |

Sheet no. __20__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    592.01

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**                                              Case No. _____
      **Maureen Elizabeth Muldrow**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **489047** | | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Fox Valley Fire & Safety** **2730 Pinnacle Drive** **Elgin, IL 60124** | X | | J | | | | X | | |
| | | | | | | | | | **232.48** |
| Account No. **F1097** | | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Fulton Street Banking Company** **2011 W Fulton** **Chicago, IL 60612** | X | | J | | | | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **GA Crandall and Co. Inc** **3851 W 167 St** **Tinley Park, IL 60477** | X | | J | | | | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Genusus** **1350 Remington Rd Suit L** **Schaumburg, IL 60173** | X | | J | | | | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Gerald J Horn, Inc** **10600 W Higgins** **Des Plaines, IL 60018** | X | | J | | | | X | | |
| | | | | | | | | | **Unknown** |

Sheet no. __**21**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**232.48**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
   **Maureen Elizabeth Muldrow**
   _____,
                                    Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J c | J C | | | | | |
| Account No. **VAPENSIERO1** <br><br> **Goldberg, Mechales, Charneske, & Sc** <br> **2101 Waukegan Rd #210** <br> **Deerfield, IL 60015** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | 9,275.00 |
| Account No. <br><br> **Graphic Design and Printing** <br> **4760 N Milwaukee Ave** <br> **Chicago, IL 60630** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | 484.00 |
| Account No. 160049300502 <br><br> **Great Lakes Cr Un** <br> **2525 Green Bay Rd** <br> **North Chicago, IL 60064** | | J | | | Opened 11/26/90 Credit account. | | X | | 4,533.00 |
| Account No. <br><br> **Great Lakes Wine Company** <br> **450 North York Road** <br> **Bensenville, IL 60106** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |
| Account No. **VAPENS** <br><br> **Greco And Sons** <br> **1550 Helcht Road** <br> **Bartlett, IL 60103** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | 2,842.06 |

Sheet no. __22__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 17,134.06 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
     **Maureen Elizabeth Muldrow**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10-SC-03786**<br><br>**Gregory J. Schaefer**<br>**18 Carlisel Road**<br>**Lake Zurich, IL 60047** | | J | **Breach of contract law suit.** | | X | | 1,000.00 |
| Account No.<br><br>**H2Vino**<br>**560 W Roscoe Ste B**<br>**Chicago, IL 60657** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | 0.00 |
| Account No. **0020947**<br><br>**Hall's Rental Service**<br>**6310 Howard**<br>**Niles, IL 60714** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | 6,184.80 |
| Account No.<br><br>**Hawthorn Publications** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | 878.00 |
| Account No.<br><br>**hEDwORXdESIGN**<br>**1649 W Huron #2R**<br>**Chicago, IL 60622** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |

Sheet no. __**23**__ of __**51**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,062.80**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Jeffrey S. Muldrow,**                         Case No. _____
          **Maureen Elizabeth Muldrow**

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Henry Brockman<br>432 Grimm Rd<br>Congerville, IL 61729 | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |
| Account No. **4757779**<br><br>Heritage Wine Cellars, Ltd<br>660 W Howard St<br>Niles, IL 60714 | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |
| Account No. **04/17/10**<br><br>Holly Sider<br>704 Michigan Ave.<br>Evanston, IL 60202 | | J | Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | X | | 500.00 |
| Account No.<br><br>Horn Insurance<br>10600 W Higgins Rd Ste 524<br>Des Plaines, IL 60018 | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |
| Account No. **227779**<br><br>House of Rental<br>5115 W Church St<br>Skokie, IL 60077 | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |

Sheet no. __24__ of __51__ sheets attached to Schedule of                  Subtotal
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)       **500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
      **Maureen Elizabeth Muldrow**                                        Case No. _____

                                              ,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3500048897**<br><br>**HP Products Coorporation**<br>**PO Box 68310**<br>**Indianapolis, IN 46268** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No.<br><br>**Ia Mozzarella**<br>**499 Chambers Dr.**<br>**Barrington, IL 60010** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No.<br><br>**Illinois Department of Revenue**<br>**Bankruptcy Section, Level 7-425**<br>**100 W. Randolph St.**<br>**Chicago, IL 60606** | X | J | Tax | | X | | **Unknown** |
| Account No.<br><br>**Illinois Dept of Revenue**<br>**Retailer's Occupation Tax**<br>**Springfield, IL 62796** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **11,776.03** |
| Account No.<br><br>**Illinois Dept. of Employment Securi**<br>**Benefit Repayments**<br>**P.O. Box 19286**<br>**Springfield, IL 62794-9286** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |

Sheet no. __25__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal         | **11,776.03** |
                                 (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**
**Maureen Elizabeth Muldrow**                                              Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Illinois Dept. of Public Health PO Box 4263 Springfield, IL 62708** | X | | J | | | X | | Unknown |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Illinois Liquor Comission 100 W. Randolph Ste. 7-801** | X | | J | | | X | | Unknown |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Imports, Inc 1850 N Leavitt St Chicago, IL 60647** | X | | J | | | X | | Unknown |
| Account No. **21789** | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **IMS 7449 N Natchez Ave Niles, IL 60714** | X | | J | | | X | | Unknown |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **International Monetary Systems** | X | | J | | | X | | Unknown |

Sheet no. __26__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey S. Muldrow,**                                                    Case No. _____
        **Maureen Elizabeth Muldrow**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **700057-2716-0000** | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Ivantage Network Solutions PO Box 21261 Tulsa, OK 74121** | X | J | | | | X | |
| | | | | | | | **429.40** |
| Account No. | | | 08/06/10 | | | | |
| **Jack & Darlene Schwartz 2620 Appletree Lane Northbrook, IL 60062** | | J | Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | | X | |
| | | | | | | | **1,000.00** |
| Account No. | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Jacks Tents 3242 Monroe St Chicago, IL** | X | J | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | 08/06/10 | | | | |
| **Jan Buser 2339 Jonquil Pl. Rockford, IL 61107** | | J | Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | | X | |
| | | | | | | | **1,000.00** |
| Account No. | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Jays Painting** | X | J | | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __**27**__ of __**51**__ sheets attached to Schedule of                    Subtotal                    **2,429.40**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**
    **Maureen Elizabeth Muldrow**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Jays Refigeration Services** 904 S Roselle Rd Schaumberg, IL | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. **JDY Inc** 2665 Forest Ct Deerfield, IL 60015 | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **7,245.18** |
| Account No. **Jewish News** 5301 W Dempster Skokie, IL 60077 | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **276.25** |
| Account No. **Joanna Denis** 9650 Keller Ave. Skokie, IL 60076 | | J | 09/25/10 Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | X | | **1,000.00** |
| Account No. **Jonathon Templeton & Zoltan Nabilek** 727 W. California Terrace V3 Chicago, IL 60657 | | J | 08/30/10 Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | X | | **1,000.00** |

Sheet no. __28__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,521.43**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**
    **Maureen Elizabeth Muldrow**
                                  ,

Case No. _____

                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Judith Helzner**<br>**5214 N. Lakewood Ave.**<br>**Chicago, IL 60640** | | J | | 05/22/10<br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | X | | 2,500.00 |
| Account No.<br><br>**Karen Kalmek & Bill Homer**<br>**1106 Oak Ave.**<br>**#503**<br>**Evanston, IL 60201** | | J | | 06/19/10<br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | X | | 1,000.00 |
| Account No.<br><br>**Kent Ford**<br>**1207 Greenleaf**<br>**Evanston, IL 60202** | | J | | 07/31/10<br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | X | | 1,000.00 |
| Account No.<br><br>**Kimberley Compton**<br>**James Allen Center**<br>**2169 Campus Dr.**<br>**Evanston, IL 60208** | | J | | 07/08/10<br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | X | | 1,000.00 |
| Account No.<br><br>**Kinnikinnick Farm**<br>**21123 Grade School Rd**<br>**Caledonia, IL 61011** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |

Sheet no. __29__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
    **Maureen Elizabeth Muldrow**

Case No. _____

_____,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **MU50100** | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Kovitz Shifrin Nesbit** **750 Lake Cook road, Ste. 350** **Buffalo Grove, IL 60089** | X | | J | | | X | | **Unknown** |
| Account No. | | | | 05/05/10 Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | | | |
| **Larry & Debbie Brady** **12 Sunrise Cay Drive** **Key Largo, FL 33037** | | | J | | | X | | **1,000.00** |
| Account No. | | | | 07/17/10 Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | | | |
| **Larry & Linda Bolon** **3628 Winnetka Rd.** **Glenview, IL 60026** | | | J | | | X | | **1,000.00** |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Le Royale Icing, Inc** **35 Chicago Ave** **Oak Park, IL 60302** | X | | J | | | X | | **309.70** |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Lees Farm Fresh Produce, INC** **556 Peregrine Dr** **Palatine, IL 60067** | X | | J | | | X | | **12,810.98** |

Sheet no. __**30**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,120.68**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey S. Muldrow,**                                                          Case No. _____
     **Maureen Elizabeth Muldrow**
_____,
                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **220600**<br><br>**Lemoi Ace Hardware**<br>**1008 Davis St**<br>**Evanston, IL 60201** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No.<br><br>**Lencioni Wholesale Meats**<br>**1000 Brown St**<br>**Suite 205**<br>**Wauconda, IL 60084** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. **0329**<br><br>**Leons Landscaping**<br>**26735 W IL Route 173**<br>**Antioch, IL 60002** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No.<br><br>**LeRoy Associates Inc**<br>**324 Fitzwater St** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. **VAW01**<br><br>**Longo & Siefer INC**<br>**4880 W Grand Ave**<br>**Chicago, IL 60639** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **380.50** |

Sheet no. __**31**__ of __**51**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                      (Total of this page)   **380.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**
      **Maureen Elizabeth Muldrow**
                                                     ,
                                   Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Lynns Cleaners** **7401 N Western Ave** **Chicago, IL 60645** | X | J | | | | X | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Maddic Media** **P10142 Sunshine Dr** | X | J | | | | X | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Marcus Promotions Inc** **5901 N Cicero** **Suit 306** **Chicago, IL 60646** | X | J | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Masterchem Services Corp** **7314 N Lawndale Ave** **Skokie, IL 60076** | X | J | | | | X | | |
| | | | | | | | | **4,548.35** |
| Account No. 36-3498654 | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **MasterType Accounting and Business** **6312 N Milwaukee** **Chicago, IL 60646** | X | J | | | | X | | |
| | | | | | | | | **Unknown** |

Sheet no. __32__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,548.35**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
**Maureen Elizabeth Muldrow**                                              Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| Maverick Wine Company 1101 Ellis Avenue Bensenville, IL 60106 | X | J | | | X | | Unknown |
| Account No. 000920-072029 | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| McBee Systems Inc PO Box 88042 Chicago, IL 60680 | X | J | | | X | | Unknown |
| Account No. | | | Commercial lease for Margarita Club, Ltd.; personally guaranreed by debtor. | | | | |
| Michael Pure 1566 Oak Evanston, IL 60201 | | J | | | X | | Unknown |
| Account No. | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| Mickeys Linen 4601 W Addison Chicago, IL 60641 | X | J | | | X | | 1,127.26 |
| Account No. | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| MicroPro Computer Rental 638 Anothony Trail Northbrook, IL 60062 | X | J | | | X | | 8,197.00 |

Sheet no. __33__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,324.26

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**
     **Maureen Elizabeth Muldrow**
                                   ,

Case No. _____

                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **100646** <br><br> **Micros Service Network** <br> **PO Box 23747** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. <br><br> **MilleFiori Florists Ltd** <br> **1943 Central St** <br> **Evanston, IL 60201** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **728.20** |
| Account No. 8474757902 <br><br> **Morning Glory Ltd.** <br> **1135 Central Ave** <br> **Wilmette, IL 60091** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. <br><br> **Nationwide Credit, Inc.** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. <br><br> **Newtork ADM, Inc** <br> **Etric Borchert** <br> **190 Cool Stone Bend** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |

Sheet no. __34__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**728.20**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
     **Maureen Elizabeth Muldrow**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.  **Next Theater** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. **11-30-25-0000 1**  **Nicor** **PO Box 416** **Aurora, IL 60568** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **948.15** |
| Account No. **24-41-60-9220 8**  **Nicor** **PO BOX 416** **Aurora, IL 60568** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No.  **North Shore Towing** **2527 Oakton St** **Evanston, IL 60202** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No.  **Northwest University** **Teri Collins** **2145 Sheridan Rd.** **Evanston, IL 60208** | | J | | | 05/08/10 Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | X | | **500.00** |

Sheet no. __35__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,448.15**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
       **Maureen Elizabeth Muldrow**                           Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Northwestern Physics** | X | J | | | | X | | |
| | | | | | | | | **Unknown** |
| **Account No.** | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Northwestern University Theater & Interpretation Center Michael Ryczek** | X | J | | | | X | | |
| | | | | | | | | **Unknown** |
| **Account No.** | | | | 04/27/10 Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | X | | |
| **Northwestern University Christine Breakey & Mark Porto 2001 N. Sheridan Evanston, IL 60208** | | J | | | | | | |
| | | | | | | | | **500.00** |
| **Account No.** | | | | Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | X | | |
| **Northwestern University Christine Breakey/Joseph Fernandez 2001 N. Sheridan Evanston, IL 60208** | | J | | | | | | |
| | | | | | | | | **500.00** |
| **Account No.** | | | | 04/13/10 Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | X | | |
| **Nortwestern University Christine Breakey & Suba Santhanam 2001 N. Sheridan Evanston, IL 60208** | | J | | | | | | |
| | | | | | | | | **500.00** |

Sheet no. __36__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jeffrey S. Muldrow,**
       **Maureen Elizabeth Muldrow**                                            Case No. _____

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| Novovino Wine Company, LLC 630 N Franklin Suite 1001 Chicago, IL 60610 | X | J | | | | X | | 470.00 |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| O'Rourke & Moody 55 W Wacker Chicago, IL 60601 | X | J | | | | X | | 631.00 |
| Account No. 323 | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| On Track Fulfillment, Inc 1285 Hartrey Ave Evanston, IL 60202 | X | J | | | | X | | Unknown |
| Account No. 1358 | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| OpenTable, Inc Payment Lockbox PO Box 49322 | X | J | | | | X | | Unknown |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| Osterman 750 Osterman Ave Deerfield, IL 60015 | X | J | | | | X | | Unknown |

Sheet no. __37__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **1,101.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**                                                          Case No. _____
         **Maureen Elizabeth Muldrow**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Petal Service** <br> **Donna Buyer** <br> **706 Reba** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. <br><br> **Peterson PMProductions Inc** <br> **344 Elm** <br> **Elmhurst, IL 60126** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. <br><br> **Petra Van Nuis** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. 011934 <br><br> **Pioneer Press** <br> **3701 W Lake Ave** <br> **Glenview, IL 60026** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **369.00** |
| Account No. <br><br> **Plitt Seafood** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |

Sheet no. **38** of **51** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **369.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
      **Maureen Elizabeth Muldrow**                                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **RadioShack 716 Church St Evanston, IL 60201** | X | J | | | | X | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Ravinia Plumbing** | X | J | | | | X | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Reach Local** | X | J | | | | X | | |
| | | | | | | | | **500.00** |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Recovery One** | X | J | | | | X | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | |
| **Renzo Dairy PO Box 505 Franklin Park, IL 60131** | X | J | | | | X | | |
| | | | | | | | | **2,922.29** |

Sheet no. __39__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
            (Total of this page)            **3,422.29**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**
     **Maureen Elizabeth Muldrow**
_____,
                       Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **83765**<br><br>**Rewards Network**<br>**300 S. Park Road**<br>**3rd Floor**<br>**Hollywood, FL 33021** | X | J | **Business credit account.** | | | | 16,408.00 |
| Account No. **83765**<br><br>**Rewards Network Establishment Servi**<br>**Two North Riverside Plaza**<br>**Chicago, IL 60606** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No.<br><br>**Robert Goulka & Jeam Kelm**<br>**1501 Oak Ave.**<br>**Evanston, IL 60201** | | J | **06/26/10**<br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | X | | 3,100.00 |
| Account No.<br><br>**Robert Houde Wines LLC**<br>**215 Park St**<br>**Bensenville, IL 60106** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No.<br><br>**Rotary International**<br>**Allison Galvin**<br>**1530 Sherman Ave.**<br>**Evanston, IL 60201** | | J | **04/21/10**<br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | X | | 1,000.00 |

Sheet no. __40__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,508.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**
       **Maureen Elizabeth Muldrow**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rotary International**<br>**Betty Rozanski**<br>**1560 Sherman Ave.**<br>**Evanston, IL 60201** | | J | | 06/11/10<br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | | X | 1,000.00 |
| Account No.<br><br>**Sage Payment**<br>**1750 Old Meadow Rd.**<br>**Ste. 300**<br>**Mc Lean, VA 22102** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | | X | Unknown |
| Account No.<br><br>**Sara Anderson & Elizabeth Dale**<br>**1418 W. Elmdale**<br>**Apt. 2E**<br>**Chicago, IL 60660** | | J | | 06/05/10<br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | | X | 3,400.00 |
| Account No.<br><br>**Sarah Benko & Daniel Oska**<br>**807 Church St.**<br>**#211**<br>**Evanston, IL 60201** | | J | | 07/10/10<br>**Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | | X | 1,000.00 |
| Account No.<br><br>**Sarah's Pastries and Candies Inc**<br>**70 E Oak St**<br>**Chicago, IL 60611** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | | X | Unknown |

Sheet no. __41__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,400.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**                                                                  Case No. _____
       **Maureen Elizabeth Muldrow**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5121071988233312** <br><br> **Sears/Cbsd** <br> **Po Box 6189** <br> **Sioux Falls, SD 57117** | | W | | **Opened 8/29/09** <br> **Credit account.** | | X | | **1,223.00** |
| Account No. <br><br> **Secretary of State** <br> **3701 Winchester Rd** <br> **Springfield, IL 62707** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |
| Account No. <br><br> **Shana Lehar & David Peterson** <br> **6301 N. Sheridan Rd.** <br> **22M** <br> **Chicago, IL 60660** | | J | | **08/14/10** <br> **Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any.** | | X | | **1,000.00** |
| Account No. **748-494-543** <br><br> **Society Insurance** <br> **PO Box 1029** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |
| Account No. <br><br> **SOS Internet** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |

Sheet no. __**42**__ of __**51**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,223.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey S. Muldrow,**
      **Maureen Elizabeth Muldrow**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **14768 6** <br><br> **Souther Wine and Spirits of Illinoi** <br> **2971 Payshere Cir** <br> **Chicago, IL 60674** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **464.26** |
| Account No. <br><br> **State Farm Insurance** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. **S1417** <br><br> **Students Publishing Company, Inc** <br> **1999 Sheridan Rd** <br> **Evanston, IL 60208** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **444.00** |
| Account No. <br><br> **Sustainable Greens Farm** <br> **10412 Harder Rd** <br> **Three Rivers, MI 49093** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **579.25** |
| Account No. <br><br> **Sweet Dreams** <br> **1107 N Waukegan Rd** <br> **Glenview, IL 60025** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **959.00** |
| Sheet no. __43__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal <br> (Total of this page) | | | | **2,446.51** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**                                   Case No. _____
       **Maureen Elizabeth Muldrow**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Tablescapes** <br> **1827 W Hubbard** <br> **Chicago, IL 60622** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |
| Account No. <br><br> **Tags Bakery, Inc** <br> **2010 Central St** <br> **Evanston, IL 60201** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | 95.60 |
| Account No. <br><br> **Target** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |
| Account No. <br><br> **Taxpay** | | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | Unknown |
| Account No. **7785** <br><br> **Tekla Inc** <br> **1456 N Dayton St** <br> **Chicago, IL 60622** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | 1,231.94 |

Sheet no. __44__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
         (Total of this page)      **1,327.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey S. Muldrow,**                                            Case No. _____
**Maureen Elizabeth Muldrow**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Teller, Levit & Silvertrust, P.C. <br> 11 East Adams Street <br> Chicago, IL 60603 | | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. <br><br> The Family Institute <br> Erin Conway <br> 618 Library Pl. <br> Evanston, IL 60201 | | J | | 04/28/10 <br> Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | X | | **500.00** |
| Account No. <br><br> The Family Room <br> Sue Sklansky <br> 3009 Central St. <br> Evanston, IL 60201 | | J | | 04/09/10 <br> Advanced deposit to Va Pensiero for catering event; Business Debt, included for purposes of discharge of personal liability, if any. | | X | | **1,000.00** |
| Account No. <br><br> The Margarita European Inn <br> 1566 Oak Avenue <br> Evanston, IL 60201 | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **7,245.00** |
| Account No. VAPE10 <br><br> The Plitt Company <br> PO Box 5940 | X | J | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **5,768.85** |

Sheet no. __45__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **14,513.85**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**                                                    Case No. _____
         **Maureen Elizabeth Muldrow**
         _____,
                                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **VAPE00** <br><br> **The Seafood Merchants, Ltd** <br> **900 Forest Edge Dr.** <br> **Vernon Hills, IL 60061** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | | X | 12,885.28 |
| Account No. <br><br> **The Talking Farm** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | | X | Unknown |
| Account No. <br><br> **Towns and Associates** <br> **126 Water St** <br> **Baraboo, WI 53913** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | | X | Unknown |
| Account No. **1660B-0581126AAB** <br><br> **Transworld Systems** <br> **PO Box 1864** <br> **Santa Rosa, CA 95402** | | W | | **Collections for Northshore Laboratyr Svcs.** | | | | 911.00 |
| Account No. **2407M7130** <br><br> **Travelers** <br> **CL Remittance Center** <br> **06183** <br> **Hartford, CT 06183** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | | X | Unknown |

Sheet no. __46__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **13,796.28**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**
          **Maureen Elizabeth Muldrow**                                    Case No. _____

                                                            ,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **515320** <br><br> **Union Beverage Company** <br> **23734 Network Place** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **10.00** |
| Account No. **6000550151C0009** <br><br> **United Healthcare Insurance** <br> **Dept CH10151** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. <br><br> **Up 'N Adam Service and Supply Inc** <br> **PO Box 6063** <br> **Buffalo Grove, IL 60089** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **766.11** |
| Account No. <br><br> **VaPensiero** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. <br><br> **VaPensiero** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **36,841.39** |

Sheet no. __47__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **37,617.50**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey S. Muldrow,**                                        Case No. _____
            **Maureen Elizabeth Muldrow**

                                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **T41411501-3** <br><br> **Veolia ES Solid Waste Midwest LLC** <br> **PO Box 6484** <br> **Carol Stream, IL 60197** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. **3948000359000280** <br><br> **Versus Card Svcs-Sage Payment Solut** <br> **1501 Farm Credit Dr** <br> **Suite 150** <br> **Mc Lean, VA 22102** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. <br><br> **Vin di Vino** <br> **PO Box 798059** <br> **Saint Louis, MO 63179** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. **85560** <br><br> **Vinifera Midwest** <br> **174 East ST** <br> **Carol Stream, IL 60188** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. <br><br> **Vintage Wines Ltd** <br> **2700 River Rd** <br> **Suite 200** <br> **Des Plaines, IL 60018** | X | J | | | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **898.28** |

Sheet no. \_\_**48**\_\_ of \_\_**51**\_\_ sheets attached to Schedule of                       Subtotal            **898.28**
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Jeffrey S. Muldrow,**
    **Maureen Elizabeth Muldrow**
                                                                Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Viola Imports Inc**<br>**PO Box 185**<br>**Elk Grove Village, IL 60009** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. <br><br>**Wesley Realty Group**<br>**832 Custer Ave**<br>**Evanston, IL 60202** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | | | **2,400.00** |
| Account No. **Bond # 15203085**<br><br>**Western Surety**<br>**8137 Innovation Way**<br>**Chicago, IL 60682** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **50.00** |
| Account No. <br><br>**Whole Foods** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **Unknown** |
| Account No. <br><br>**Wine Cru**<br>**Chung Diane** | X | J | Business Account: Included for purposes of notice and discharge of any personal liability. | | X | | **2.01** |

Sheet no. __49__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,452.01**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Jeffrey S. Muldrow,**                                                    Case No. _____
          **Maureen Elizabeth Muldrow**
_____,
                              Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wino Distribution Inc**<br>**5017 Chase Ave**<br>**Downers Grove, IL 60515** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | 321.30 |
| Account No.<br><br>**Wirtz Beverage**<br>**PO Box 809180**<br>**Chicago, IL 60680-9180** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | 2,794.81 |
| Account No.<br><br>**Womens Club** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No.<br><br>**WorkPlus Occupational Health RHC**<br>**3101 N Harlem Ave**<br>**Chicago, IL 60634** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |
| Account No. 008023<br><br>**Zee Medical**<br>**PO Box 781494**<br>**Indianapolis, IN 46278** | X | J | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | Unknown |

Sheet no. __50__ of __51__ sheets attached to Schedule of          Subtotal          3,116.11
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey S. Muldrow,**
          **Maureen Elizabeth Muldrow**                                                Case No. _____

_____,
                                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Zina Service**<br>**402 S 6th Ave**<br>**Maywood, IL 60153** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **580.00** |
| Account No. **10-M2-200678**<br><br>**Zoltan Nabilek**<br>**727 W. California Terrace, Unit V-3**<br>**Chicago, IL 60657** | | J | | **Breach of contract law suit.** | | X | | **1,000.00** |
| Account No.<br><br>**Zurich North America**<br>**8712 Innovation Way**<br>**Chicago, IL 60682-0087** | X | J | | **Business Account: Included for purposes of notice and discharge of any personal liability.** | | X | | **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __51__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **1,580.00** |
| Total (Report on Summary of Schedules) | | **380,435.48** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Jeffrey S. Muldrow,**
      **Maureen Elizabeth Muldrow**                Case No. _____

_____ ,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Michael Pure**<br>**1566 Oak**<br>**Evanston, IL 60201** | **Commericial lease for Margarita Club, Ltd.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Jeffrey S. Muldrow,**                                                    Case No. _____
         **Maureen Elizabeth Muldrow**
_____,
                                   Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **AdvanceMe, Inc.**<br>**2015 Vaughn Rd.**<br>**Bld. 500**<br>**Kennesaw, GA 30144** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Rewards Network**<br>**300 S. Park Road**<br>**3rd Floor**<br>**Hollywood, FL 33021** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **24/7 HVAC Co.**<br>**8615 N. Crawford Ave**<br>**Skokie, IL 60076** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **A&A Moleys Service, Inc**<br>**928 Chicago Ave**<br>**Evanston, IL 60202** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Abbruzzi Distributors**<br>**15 W 23rd St**<br>**Chicago Heights, IL 60411** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Advantage Valey Parking**<br>**P.O. Box 356**<br>**Wauconda, IL 60084** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **After Hours Plumbing & Sewer, Inc**<br>**PO Box 862**<br>**Zion, IL 60099** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Alden's Piano Co.**<br>**596 Toorndale**<br>**Waukegan, IL 60085** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **All Furniture Care**<br>**3403 N Ridge Ave**<br>**Arlington Heights, IL 60004** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **ALSCO**<br>**2641 Leavitt St**<br>**Chicago, IL 60608** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Amcon**<br>**601 Glendale**<br>**Glenview, IL 60025** |

**15**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    **Jeffrey S. Muldrow,**
      **Maureen Elizabeth Muldrow**

Case No. _____

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Amol's Speciality Inc.**<br>**710 S Flores St**<br>**San Antonio, TX 78204** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Ana M. Rodriguez** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Anderson Pest Control**<br>**501 W Lake**<br>**Elmhurst, IL 60126** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Angelo Gelato Italiano Co., Inc**<br>**570 County Line Rd**<br>**Bensenville, IL 60106** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **ARS**<br>**731 District Dr**<br>**Itasca, IL 60143** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **ASCAP**<br>**2690 Cumberland Pkwy**<br>**Ste 4**<br>**Atlanta, GA 30339-3913** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Associated Bank**<br>**PO Box 2926**<br>**Milwaukee, WI 53201** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Assurant Health** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **AT&T**<br>**Po Box 8100**<br>**Aurora, IL 60507** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **AT&T Long Distance**<br>**PO Box 5017**<br>**Carol Stream, IL 60197** |

Sheet __1__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re   **Jeffrey S. Muldrow,**                                    Case No. _____
        **Maureen Elizabeth Muldrow**

_____ ,
                            Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Automatic Icemakers**<br>**PO Box 54363725 N. Talman**<br>**Chicago, IL 60680** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Bankard Merchant fees** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Barbara's Balloons**<br>**1880 Techny Court**<br>**Northbrook, IL 60062** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **BBJ Linen**<br>**7855 Gross Point Road**<br>**Skokie, IL 60077** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Beivuma Inc.**<br>**1510 Heidorn Ave**<br>**Westchester, IL 60154** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Beivuma Inc.**<br>**1510 Heidorn Ave**<br>**Westchester, IL 60154** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Benjamin Tea Inc.**<br>**5858 Northwest Highway**<br>**Chicago, IL 60631** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Benisons Bakery**<br>**1000 Davis St**<br>**Evanston, IL 60201** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Berkel Midwest Sales and Service**<br>**4900 West 128th Place**<br>**Alsip, IL 60803** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Bill Peterson Productions Inc.**<br>**344 N Elm Avenue**<br>**Elmhurst, IL 60126** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Binny's Beverage Depot**<br>**5100 W Dempster**<br>**Skokie, IL 60077** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Bittersweet**<br>**114 W Belmont**<br>**Chicago, IL 60657** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **BMI**<br>**10 Music Square East**<br>**Nashville, TN 37203** |

Sheet __2__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re   **Jeffrey S. Muldrow,**                                         Case No. _____
        **Maureen Elizabeth Muldrow**
                                                              ,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Brides.com**<br>**PO Box 5350**<br>**New York, NY 10087** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Broich Enterprises, Inc**<br>**6440 City West Parkway**<br>**Eden Prairie, MN 55344** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Business Graphics Inc**<br>**955 Dieckman St**<br>**Woodstock, IL 60098** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Cahill Inc**<br>**1515 Church St**<br>**Evanston, IL 60204** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **CarMax Auto Finance**<br>**PO Box 3174**<br>**Milwaukee, WI 53201** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Carousel Linen Rental**<br>**454 Sheridan Rd**<br>**Highwood, IL 60040** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **CBS Collegiate Sports Properties**<br>**PO Box 33074**<br>**Newark, NJ 07188** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **CCNA** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Chase**<br>**Po Box 15153**<br>**Wilmington, DE 19886** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Chase Visa Card**<br>**Po Box 15153**<br>**Wilmington, DE 19886** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Chicagos North Shore C&VB**<br>**801 Lincoln Avenue**<br>**Ste 715**<br>**Skokie, IL 60077** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Chicago Coast True Value**<br>**6942 N Western Ave**<br>**Chicago, IL 60645** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Chicago Jewish News**<br>**Attn: Steve Goodman**<br>**5301 West Dempster**<br>**Skokie, IL 60076** |

Sheet __3__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re   **Jeffrey S. Muldrow,**                                    Case No. _____
       **Maureen Elizabeth Muldrow**

_____ ,
                        Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Chicago Style Weddings**<br>**1008 Bonaventure Dr**<br>**Elk Grove Village, IL 60007** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **City Beverage-Arlington**<br>**1401 E. Algonquin Rd**<br>**Arlington Heights, IL 60005** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **City Of Chicago** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **City Of Evanston**<br>**Ann Stuart, Health and Human**<br>**Suite 1700**<br>**Evanston, IL 60201** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **City of Evanston Managers Office**<br>**Attn: Liquor License Coordinator** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Cleaners Warehouse**<br>**7300 N Western**<br>**Chicago, IL 60645** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **CNA Surety**<br>**8137 Innovation Way**<br>**Chicago, IL 60682** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Coca-Cola Bottling Company** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **ComED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **CommunityLink**<br>**4742 Holts Prairie Rd**<br>**PO Box 306** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Connoisseur Wines**<br>**7510 N Caldwell**<br>**Niles, IL 60714** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Cora Italian Specialities Inc**<br>**9630 Joliet Road**<br>**La Grange, IL 60525** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Costco** |

Sheet __4__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re   **Jeffrey S. Muldrow,**                                                Case No. _____
          **Maureen Elizabeth Muldrow**
                                                                          ,
                                          Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Cozzini Brothers, Inc**<br>**350 Howard Ave**<br>**Des Plaines, IL 60018** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **CVS** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Darlene Reed** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Davis Florist**<br>**1022 Davis St**<br>**Evanston, IL 60201** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Deal Me in Marketing**<br>**PO Box 305**<br>**Northbrook, IL 60065** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Discover**<br>**Po Box 52145**<br>**Phoenix, AZ 68072** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Distinctive Wine and Spirits**<br>**2701 S Western Ave**<br>**Chicago, IL 60608** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Edward Don & Company**<br>**2562 Payspehere Circle**<br>**Chicago, IL 60674** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **European Imports, Ltd.**<br>**135 S. Lasalle Street #4494**<br>**Chicago, IL 60674** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Evanston First Liquors** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Evanston Health**<br>**2100 Rdige Avenue**<br>**Evanston, IL 60201** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Evanston Roundtable**<br>**1124 Florence Ave Ste 3**<br>**Evanston, IL 60202** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Evanston Water Dept**<br>**PO Box 4007**<br>**Carol Stream, IL 60197** |

Sheet __5__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re   **Jeffrey S. Muldrow,**                                    Case No. _____
        **Maureen Elizabeth Muldrow**

_____,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Expedition Wine and Spirits**<br>**5215 N Ravenswood**<br>**Suite 311**<br>**Chicago, IL** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Extra Value Wine and Liquor**<br>**7380 N Western Ave**<br>**Chicago, IL 60645** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Facilitec Central**<br>**3851 Clearview Ct, Ste A**<br>**Gurnee, IL 60031** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Filter Brite**<br>**3851 Central Ct, Ste D**<br>**Gurnee, IL 60031** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Fine Vines, LLC**<br>**2825 Thomas St**<br>**Melrose Park, IL 60160** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Flader Plumbing & Heating**<br>**3004 Central St**<br>**Evanston, IL 60201** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Fortessa, Inc**<br>**22601 Davis Drive**<br>**Sterling, VA 20164** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Fox Valley Fire & Safety**<br>**2730 Pinnacle Drive**<br>**Elgin, IL 60124** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Fulton Street Banking Company**<br>**2011 W Fulton**<br>**Chicago, IL 60612** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **GA Crandall and Co. Inc**<br>**3851 W 167 St**<br>**Tinley Park, IL 60477** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Genusus**<br>**1350 Remington Rd Suit L**<br>**Schaumburg, IL 60173** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Gerald J Horn, Inc**<br>**10600 W Higgins**<br>**Des Plaines, IL 60018** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Goldberg, Mechales, Charneske, & Sc**<br>**2101 Waukegan Rd #210**<br>**Deerfield, IL 60015** |

Sheet __6__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re    **Jeffrey S. Muldrow,**                                    Case No. _____
        **Maureen Elizabeth Muldrow**
_____,
                          Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Graphic Design and Printing**<br>**4760 N Milwaukee Ave**<br>**Chicago, IL 60630** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Great Lakes Wine Company**<br>**450 North York Road**<br>**Bensenville, IL 60106** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Greco And Sons**<br>**1550 Helcht Road**<br>**Bartlett, IL 60103** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **H2Vino**<br>**560 W Roscoe Ste B**<br>**Chicago, IL 60657** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Hall's Rental Service**<br>**6310 Howard**<br>**Niles, IL 60714** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Hawthorn Publications** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **hEDwORXdESIGN**<br>**1649 W Huron #2R**<br>**Chicago, IL 60622** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Henry Brockman**<br>**432 Grimm Rd**<br>**Congerville, IL 61729** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Heritage Wine Cellars, Ltd**<br>**660 W Howard St**<br>**Niles, IL 60714** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Horn Insurance**<br>**10600 W Higgins Rd Ste 524**<br>**Des Plaines, IL 60018** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **House of Rental**<br>**5115 W Church St**<br>**Skokie, IL 60077** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **HP Products Coorporation**<br>**PO Box 68310**<br>**Indianapolis, IN 46268** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Illinois Dept. of Employment Securi**<br>**Benefit Repayments**<br>**P.O. Box 19286**<br>**Springfield, IL 62794-9286** |

Sheet ___7___ of ___15___ continuation sheets attached to the Schedule of Codebtors

In re   **Jeffrey S. Muldrow,**                                          Case No. _____
      **Maureen Elizabeth Muldrow**

                                          ,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Illinois Dept. of Public Health**<br>**PO Box 4263**<br>**Springfield, IL 62708** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Illinois Dept of Revenue**<br>**Retailer's Occupation Tax**<br>**Springfield, IL 62796** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Illinois Liquor Comission**<br>**100 W. Randolph**<br>**Ste. 7-801** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Imports, Inc**<br>**1850 N Leavitt St**<br>**Chicago, IL 60647** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **IMS**<br>**7449 N Natchez Ave**<br>**Niles, IL 60714** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Ivantage Network Solutions**<br>**PO Box 21261**<br>**Tulsa, OK 74121** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Jacks Tents**<br>**3242 Monroe St**<br>**Chicago, IL** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Jays Painting** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Jays Refigeration Services**<br>**904 S Roselle Rd**<br>**Schaumberg, IL** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **JDY Inc**<br>**2665 Forest Ct**<br>**Deerfield, IL 60015** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Jewish News**<br>**5301 W Dempster**<br>**Skokie, IL 60077** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Kinnikinnick Farm**<br>**21123 Grade School Rd**<br>**Caledonia, IL 61011** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Kovitz Shifrin Nesbit**<br>**750 Lake Cook road, Ste. 350**<br>**Buffalo Grove, IL 60089** |

Sheet __8__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re  **Jeffrey S. Muldrow,**                                          Case No. _____
    **Maureen Elizabeth Muldrow**
_____,
                       Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **la Mozzarella**<br>**499 Chambers Dr.**<br>**Barrington, IL 60010** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Le Royale Icing, Inc**<br>**35 Chicago Ave**<br>**Oak Park, IL 60302** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Lees Farm Fresh Produce, INC**<br>**556 Peregrine Dr**<br>**Palatine, IL 60067** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Lemoi Ace Hardware**<br>**1008 Davis St**<br>**Evanston, IL 60201** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Lencioni Wholesale Meats**<br>**1000 Brown St**<br>**Suite 205**<br>**Wauconda, IL 60084** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Leons Landscaping**<br>**26735 W IL Route 173**<br>**Antioch, IL 60002** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **LeRoy Associates Inc**<br>**324 Fitzwater St** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Longo & Siefer INC**<br>**4880 W Grand Ave**<br>**Chicago, IL 60639** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Lynns Cleaners**<br>**7401 N Western Ave**<br>**Chicago, IL 60645** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Maddic Media**<br>**P10142 Sunshine Dr** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Marcus Promotions Inc**<br>**5901 N Cicero**<br>**Suit 306**<br>**Chicago, IL 60646** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Masterchem Services Corp**<br>**7314 N Lawndale Ave**<br>**Skokie, IL 60076** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **MasterType Accounting and Business**<br>**6312 N Milwaukee**<br>**Chicago, IL 60646** |

Sheet  **9**  of  **15**  continuation sheets attached to the Schedule of Codebtors

In re   **Jeffrey S. Muldrow,**
    **Maureen Elizabeth Muldrow**

Case No. _____

_____ ,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Maverick Wine Company**<br>**1101 Ellis Avenue**<br>**Bensenville, IL 60106** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **McBee Systems Inc**<br>**PO Box 88042**<br>**Chicago, IL 60680** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Mickeys Linen**<br>**4601 W Addison**<br>**Chicago, IL 60641** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **MicroPro Computer Rental**<br>**638 Anothony Trail**<br>**Northbrook, IL 60062** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Micros Service Network**<br>**PO Box 23747** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **MilleFiori Florists Ltd**<br>**1943 Central St**<br>**Evanston, IL 60201** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Morning Glory Ltd.**<br>**1135 Central Ave**<br>**Wilmette, IL 60091** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Nationwide Credit, Inc.** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Newtork ADM, Inc**<br>**Etric Borchert**<br>**190 Cool Stone Bend** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Next Theater** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Nicor**<br>**PO Box 416**<br>**Aurora, IL 60568** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Nicor**<br>**PO BOX 416**<br>**Aurora, IL 60568** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **North Shore Towing**<br>**2527 Oakton St**<br>**Evanston, IL 60202** |

Sheet __**10**__ of __**15**__ continuation sheets attached to the Schedule of Codebtors

In re      **Jeffrey S. Muldrow,**                                        Case No. _____
      **Maureen Elizabeth Muldrow**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Northwestern Physics** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Northwestern University**<br>**Theater & Interpretation Center**<br>**Michael Ryczek** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Novovino Wine Company, LLC**<br>**630 N Franklin**<br>**Suite 1001**<br>**Chicago, IL 60610** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **O'Rourke & Moody**<br>**55 W Wacker**<br>**Chicago, IL 60601** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **On Track Fulfillment, Inc**<br>**1285 Hartrey Ave**<br>**Evanston, IL 60202** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **OpenTable, Inc**<br>**Payment Lockbox**<br>**PO Box 49322** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Osterman**<br>**750 Osterman Ave**<br>**Deerfield, IL 60015** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Petal Service**<br>**Donna Buyer**<br>**706 Reba** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Peterson PMProductions Inc**<br>**344 Elm**<br>**Elmhurst, IL 60126** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Petra Van Nuis** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Pioneer Press**<br>**3701 W Lake Ave**<br>**Glenview, IL 60026** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **RadioShack**<br>**716 Church St**<br>**Evanston, IL 60201** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Ravinia Plumbing** |

Sheet __11__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re    **Jeffrey S. Muldrow,**
       **Maureen Elizabeth Muldrow**
                                         ,

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Reach Local** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Recovery One** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Renzo Dairy**<br>**PO Box 505**<br>**Franklin Park, IL 60131** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Rewards Network Establishment Servi**<br>**Two North Riverside Plaza**<br>**Chicago, IL 60606** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Robert Houde Wines LLC**<br>**215 Park St**<br>**Bensenville, IL 60106** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Sage Payment**<br>**1750 Old Meadow Rd.**<br>**Ste. 300**<br>**Mc Lean, VA 22102** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Sarah's Pastries and Candies Inc**<br>**70 E Oak St**<br>**Chicago, IL 60611** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Secretary of State**<br>**3701 Winchester Rd**<br>**Springfield, IL 62707** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Society Insurance**<br>**PO Box 1029** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **SOS Internet** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Souther Wine and Spirits of Illinoi**<br>**2971 Paysphere Cir**<br>**Chicago, IL 60674** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **State Farm Insurance** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Students Publishing Company, Inc**<br>**1999 Sheridan Rd**<br>**Evanston, IL 60208** |

Sheet __12__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re   **Jeffrey S. Muldrow,**
      **Maureen Elizabeth Muldrow**                  Case No. _____

,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Margarita Club, Ltd. dba Va Pensier<br>1566 Oak Ave.<br>Evanston, IL 60201 | Sustainable Greens Farm<br>10412 Harder Rd<br>Three Rivers, MI 49093 |
| Margarita Club, Ltd. dba Va Pensier<br>1566 Oak Ave.<br>Evanston, IL 60201 | Sweet Dreams<br>1107 N Waukegan Rd<br>Glenview, IL 60025 |
| Margarita Club, Ltd. dba Va Pensier<br>1566 Oak Ave.<br>Evanston, IL 60201 | Tablescapes<br>1827 W Hubbard<br>Chicago, IL 60622 |
| Margarita Club, Ltd. dba Va Pensier<br>1566 Oak Ave.<br>Evanston, IL 60201 | Tags Bakery, Inc<br>2010 Central St<br>Evanston, IL 60201 |
| Margarita Club, Ltd. dba Va Pensier<br>1566 Oak Ave.<br>Evanston, IL 60201 | Target |
| Margarita Club, Ltd. dba Va Pensier<br>1566 Oak Ave.<br>Evanston, IL 60201 | Tekla Inc<br>1456 N Dayton St<br>Chicago, IL 60622 |
| Margarita Club, Ltd. dba Va Pensier<br>1566 Oak Ave.<br>Evanston, IL 60201 | The Margarita European Inn<br>1566 Oak Avenue<br>Evanston, IL 60201 |
| Margarita Club, Ltd. dba Va Pensier<br>1566 Oak Ave.<br>Evanston, IL 60201 | The Plitt Company<br>PO Box 5940 |
| Margarita Club, Ltd. dba Va Pensier<br>1566 Oak Ave.<br>Evanston, IL 60201 | The Seafood Merchants, Ltd<br>900 Forest Edge Dr.<br>Vernon Hills, IL 60061 |
| Margarita Club, Ltd. dba Va Pensier<br>1566 Oak Ave.<br>Evanston, IL 60201 | The Talking Farm |
| Margarita Club, Ltd. dba Va Pensier<br>1566 Oak Ave.<br>Evanston, IL 60201 | Towns and Associates<br>126 Water St<br>Baraboo, WI 53913 |
| Margarita Club, Ltd. dba Va Pensier<br>1566 Oak Ave.<br>Evanston, IL 60201 | Travelers<br>CL Remittance Center<br>06183<br>Hartford, CT 06183 |
| Margarita Club, Ltd. dba Va Pensier<br>1566 Oak Ave.<br>Evanston, IL 60201 | Union Beverage Company<br>23734 Network Place |

Sheet __13__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re    **Jeffrey S. Muldrow,**                                    Case No. _____

        **Maureen Elizabeth Muldrow**

                                   ,

                             Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **United Healthcare Insurance**<br>**Dept CH10151** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Up 'N Adam Service and Supply Inc**<br>**PO Box 6063**<br>**Buffalo Grove, IL 60089** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **VaPensiero** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **VaPensiero** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Veolia ES Solid Waste Midwest LLC**<br>**PO Box 6484**<br>**Carol Stream, IL 60197** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Versus Card Svcs-Sage Payment Solut**<br>**1501 Farm Credit Dr**<br>**Suite 150**<br>**Mc Lean, VA 22102** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Vin di Vino**<br>**PO Box 798059**<br>**Saint Louis, MO 63179** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Vinifera Midwest**<br>**174 East ST**<br>**Carol Stream, IL 60188** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Vintage Wines Ltd**<br>**2700 River Rd**<br>**Suite 200**<br>**Des Plaines, IL 60018** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Viola Imports Inc**<br>**PO Box 185**<br>**Elk Grove Village, IL 60009** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Wesley Realty Group**<br>**832 Custer Ave**<br>**Evanston, IL 60202** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Western Surety**<br>**8137 Innovation Way**<br>**Chicago, IL 60682** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Whole Foods** |

Sheet  **14**  of  **15**  continuation sheets attached to the Schedule of Codebtors

In re    **Jeffrey S. Muldrow,**                                          Case No. _____
         **Maureen Elizabeth Muldrow**
                                                                    ,
                              Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Wine Cru**<br>**Chung Diane** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Wino Distribution Inc**<br>**5017 Chase Ave**<br>**Downers Grove, IL 60515** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Wirtz Beverage**<br>**PO Box 809180**<br>**Chicago, IL 60680-9180** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Womens Club** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **WorkPlus Occupational Health RHC**<br>**3101 N Harlem Ave**<br>**Chicago, IL 60634** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Zee Medical**<br>**PO Box 781494**<br>**Indianapolis, IN 46278** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Zina Service**<br>**402 S 6th Ave**<br>**Maywood, IL 60153** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Zurich North America**<br>**8712 Innovation Way**<br>**Chicago, IL 60682-0087** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Plitt Seafood** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **City of Evanston** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **International Monetary Systems** |
| **Margarita Club, Ltd. dba Va Pensier**<br>**1566 Oak Ave.**<br>**Evanston, IL 60201** | **Illinois Department of Revenue**<br>**Bankruptcy Section, Level 7-425**<br>**100 W. Randolph St.**<br>**Chicago, IL 60606** |

Sheet __15__ of __15__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Jeffrey S. Muldrow**
       **Maureen Elizabeth Muldrow**                                      Case No. _____

                          Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Daughter** | AGE(S): **13** **17** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Cheff** | **Sales** |
| Name of Employer | **ARAmark** | **BBJ Rentals, Inc.** |
| How long employed | **June 11, 2010 to present** | **May 17, 2010 to present** |
| Address of Employer | **2169 Campus Drive** **Evanston, IL 60208** | **7855 Gross Pioint Road, Ste. G-6** **Skokie, IL 60077** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **6,958.00** | $ **3,083.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ | **6,958.00** | $ **3,083.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|     a.  Payroll taxes and social security | $ | **835.00** | $ **369.00** |
|     b.  Insurance | $ | **400.00** | $ **0.00** |
|     c.  Union dues | $ | **0.00** | $ **0.00** |
|     d.  Other (Specify): | $ | **0.00** | $ **0.00** |
| | $ | **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,235.00** | $ **369.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,723.00** | $ **2,714.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ **0.00** |
| 8. Income from real property | $ | **0.00** | $ **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ **0.00** |
| 11. Social security or government assistance | | | |
| (Specify): | $ | **0.00** | $ **0.00** |
| | $ | **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ **0.00** |
| 13. Other monthly income | | | |
| (Specify): | $ | **0.00** | $ **0.00** |
| | $ | **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,723.00** | $ **2,714.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **8,437.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**At time of filing, debtor has received only one paycheck from current employer.  Income and deductions are estimated at $83,500 salary per year.**

**Health insurance deduction for debtor is estimated; stating deduction aprox. 01 August 2010.**

**Joint debtor recently obtained employment at $37,000 salary per year.**

B6J (Official Form 6J) (12/07)

In re    **Jeffrey S. Muldrow**
**Maureen Elizabeth Muldrow**                                    Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,933.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 250.00 |
| b. Water and sewer | $ | 55.00 |
| c. Telephone | $ | 100.00 |
| d. Other  **Cellular telephone** | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 400.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 150.00 |
| 7. Medical and dental expenses | $ | 350.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 135.00 |
| b. Life | $ | 235.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 317.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **See Detailed Expense Attachment** | $ | 917.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **See Detailed Expense Attachment** | $ | 1,059.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 675.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,651.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 8,437.00 |
| b.    Average monthly expenses from Line 18 above | $ | 8,651.00 |
| c.    Monthly net income (a. minus b.) | $ | -214.00 |

B6J (Official Form 6J) (12/07)

In re    **Jeffrey S. Muldrow**
         **Maureen Elizabeth Muldrow**                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | | |
|---|---|---:|
| **Real estate taxes** | $ | **667.00** |
| **Outstanding taxes** | $ | **250.00** |
| **Total Tax Expenditures** | $ | **917.00** |

**Other Installment Payments:**

| | | |
|---|---|---:|
| **Saturn** | $ | **368.00** |
| **Honda** | $ | **306.00** |
| **Gas, maintenance, I-pass, plates, city stickers** | $ | **350.00** |
| **Parking for employment** | $ | **35.00** |
| **Total Other Installment Payments** | $ | **1,059.00** |

**Other Expenditures:**

| | | |
|---|---|---:|
| **Education for minor children** | $ | **300.00** |
| **Extra curric. activities** | $ | **165.00** |
| **Dr. visits, prescription, glasses, vaccines, dentist** | $ | **200.00** |
| **PTO membership** | $ | **10.00** |
| **Total Other Expenditures** | $ | **675.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jeffrey S. Muldrow**
      **Maureen Elizabeth Muldrow**

                           Debtor(s)

Case No.

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **86**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 2, 2010**

Signature   **/s/ Jeffrey S. Muldrow**
            **Jeffrey S. Muldrow**
            Debtor

Date   **July 2, 2010**

Signature   **/s/ Maureen Elizabeth Muldrow**
            **Maureen Elizabeth Muldrow**
            Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jeffrey S. Muldrow**
      **Maureen Elizabeth Muldrow**                                Case No.
                                        Debtor(s)              Chapter       **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐    business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,323,372.00 | 2008:<br>Gross income from Margarita Club, Ltd. |
| $69,795.00 | 2008:<br>Gross salary from Margarita Club, Ltd. |
| $81,917.00 | 2008:<br>Net profit for shareholders from Margarita Club, Ltd. |
| $1,131,233.00 | 2009:<br>Gross income from Margarita Club, Ltd. |
| $59,670.00 | 2009:<br>Gross salary from Margarita Club, Ltd. |

| AMOUNT | SOURCE |
|---|---|
| **$9,180.00** | **2010:** |
| | **Husband: Gross salary from Margarita Club, Ltd. (through end of Feb)** |
| **$1,952.00** | **2010:** |
| | **Wife: Gross income from Progressive Management Services, LLC (May 2 to May 21)** |
| **$2,704.00** | **2010:** |
| | **Wife: Gross income from BBJ Rentals, Inc. (from May 15 to present)** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,559.00** | **2008:** |
| | **Income tax returns** |
| **$8,559.00** | **2009:** |
| | **Income tax returns** |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **David Cole v. Margarita Club, Ltd. & Jeffrey Muldrow No. 2010-L-000001** | **Personal injury/car accident** | **Cook County, Illinois** | **Pending.** |
| **Gregory J. Schaefer v. Maureen Muldrow, et al. No. 10-SC-03786** | **Breach of Contract** | **Lake County, Illinois** | **Pending; suit filed 30 April 2010.** |
| **Zoltan Nabilek v. Maureen Muldrow No. 10-M2-200678** | **Breach of Contract** | **Cook County, Illinois** | **Pending; suit filed 25 May 2010; judgement in favor of plaintiff entered 21 June 2010.** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Kaplan Law Offices, P.C.**<br>**4043 Dempster**<br>**Skokie, IL 60076** | **26 April 2010** | **$500.00** |
| **Kaplan Law Offices, P.C.**<br>**4043 Dempster**<br>**Skokie, IL 60076** | **21 June 2010** | **$1,000.00** |

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Debtor**<br>**686 timber Hill road**<br>**Deerfield, IL 60015**<br>  **Debtor** | **3/20/2009-3/23/2009** | **Sale of stock/mutual fund**<br>**Aprox. $4,500** |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

---

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Margarita Club, Ltd.** | 36-3498654 | 1566 Oak Ave. Evanston, IL 60201 | Restaurant | 1987 (purchased by debtor in 2000) until April 4, 2010. |
| **Va-P To Go, Inc.** | 02-0726979 | 1566 Oak Ave. Evanston, IL 60201 | Catering | 08 July 2004 to aprox. July 2006. |

7

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Goldberg Mechales Charneske & Schiffman** | **2008 and 2009 Income Tax Returns.** |
| **2101 Waukegan Rd., Ste. 210** | |
| **Deerfield, IL 60015** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

8

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 2, 2010**        Signature  **/s/ Jeffrey S. Muldrow**
                                          **Jeffrey S. Muldrow**
                                          Debtor

Date  **July 2, 2010**        Signature  **/s/ Maureen Elizabeth Muldrow**
                                          **Maureen Elizabeth Muldrow**
                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jeffrey S. Muldrow**
         **Maureen Elizabeth Muldrow**                Case No. _____

                                     Debtor(s)       Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name:<br>**Associated Bank Corp** | Describe Property Securing Debt:<br>**Residence/Single Family House:**<br>**686 Timber Hill Road**<br>**Deerfiled, Illinois 60015** |
|---|---|

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

---

Property No. 2

| Creditor's Name:<br>**Carmax Auto Finance** | Describe Property Securing Debt:<br>**2003 Honda with aprox. 90,000 miles** |
|---|---|

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                           Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Residence/Single Family House:**<br>**686 Timber Hill Road**<br>**Deerfiled, Illinois 60015** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                          ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**2010 Saturn with aprox. 35,000 miles** |

Property will be (check one):
☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                   Best Case Bankruptcy

B8 (Form 8) (12/08)                                                                                              Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**


Date   **July 2, 2010**                         Signature   **/s/ Jeffrey S. Muldrow**
                                                            **Jeffrey S. Muldrow**
                                                            Debtor


Date   **July 2, 2010**                         Signature   **/s/ Maureen Elizabeth Muldrow**
                                                            **Maureen Elizabeth Muldrow**
                                                            Joint Debtor

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Jeffrey S. Muldrow**
**Maureen Elizabeth Muldrow**

Case No. _____

Debtor(s)

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,201.00 |
| Prior to the filing of this statement I have received | $ | 1,201.00 |
| Balance Due | $ | 0.00 |

2.    $  **299.00**  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 2, 2010**

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
**Kaplan Law Offices, P.C.**
**4043 Dempster**
**Skokie, IL 60076**
**847-676-8600  Fax: 847-676-8601**
**ayk@ameritech.net**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jeffrey S. Muldrow**
**Maureen Elizabeth Muldrow** _____   Case No. _____
                                       Debtor(s)        Chapter     **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Jeffrey S. Muldrow**
**Maureen Elizabeth Muldrow** _____    X  **/s/ Jeffrey S. Muldrow** _____   **July 2, 2010**
Printed Name(s) of Debtor(s)                         Signature of Debtor          Date

Case No. (if known) _____    X  **/s/ Maureen Elizabeth Muldrow** _____   **July 2, 2010**
                                              Signature of Joint Debtor (if any)   Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jeffrey S. Muldrow**
       **Maureen Elizabeth Muldrow**

                                              Debtor(s)

Case No.
Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **495**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **July 2, 2010**              **/s/ Jeffrey S. Muldrow**
                                    **Jeffrey S. Muldrow**
                                    Signature of Debtor

Date: **July 2, 2010**              **/s/ Maureen Elizabeth Muldrow**
                                    **Maureen Elizabeth Muldrow**
                                    Signature of Debtor

24/7 HVAC Co.
8615 N. Crawford Ave
Skokie, IL 60076


A&A Moleys Service, Inc
928 Chicago Ave
Evanston, IL 60202


Abbruzzi Distributors
15 W 23rd St
Chicago Heights, IL 60411


Adam Sieczka
1357 N. Ashland
Apt. 2-C
Chicago, IL 60622


ADP Payroll
5800 Windward Parkway
Alpharetta, GA 30005


AdvanceMe, Inc.
2015 Vaughn Rd.
Bld. 500
Kennesaw, GA 30144


Advantage Valey Parking
P.O. Box 356
Wauconda, IL 60084


After Hours Plumbing & Sewer, Inc
PO Box 862
Zion, IL 60099


Alden's Piano Co.
596 Toorndale
Waukegan, IL 60085


All Furniture Care
3403 N Ridge Ave
Arlington Heights, IL 60004


ALSCO
2641 Leavitt St
Chicago, IL 60608

Amanda Schaefer & Gabriel Greene
6804 Bonnie Ridge Dr.
T2
Baltimore, MD 21209


Amcon
601 Glendale
Glenview, IL 60025


American Express
PO Box 650448
Dallas, TX 75265


Amol's Speciality Inc.
710 S Flores St
San Antonio, TX 78204


Ana M. Rodriguez


Anderson Pest Control
501 W Lake
Elmhurst, IL 60126


Anderson Pest Control
501 W Lake
Elmhurst, IL 60126


Angelo Gelato Italiano Co., Inc
570 County Line Rd
Bensenville, IL 60106


Apex Managment & Special Events,Inc
Amy Bartz
301 Lake St., Ste. 219
Elmhurst, IL 60126


ARS
731 District Dr
Itasca, IL 60143


Arturo G. Valencia
6418 N. Richmond St.
Apt. 2A
Chicago, IL 60645

Arturo Hernandez
1412 W. Montrose Ave.
Apt. 1-A
Chicago, IL 60613


Arturo Loranca
1935 Brown Ave.
Evanston, IL 60201


ASCAP
2690 Cumberland Pkwy
Ste 4
Atlanta, GA 30339-3913


Associated Bank
PO Box 2926
Milwaukee, WI 53201


Associated Bank
PO Box 2926
Milwaukee, WI 53201


Associated Bank
PO Box 19097
Green Bay, WI 54307-9006


Associated Bank Corp
1305 Main St
Stevens Point, WI 54481


Assurant Health


AT&T
PO Box 8100
Aurora, IL 60507


AT&T
PO Box 8100
Aurora, IL 60507


AT&T
Po Box 8100
Aurora, IL 60507

AT&T Long Distance
PO Box 5017
Carol Stream, IL 60197


Automatic Icemakers
PO Box 54363725 N. Talman
Chicago, IL 60680


Bankard Merchant fees


Barbara Minkus
4544 Grove St.
Skokie, IL 60076


Barbara's Balloons
1880 Techny Court
Northbrook, IL 60062


BBJ Linen
7855 Gross Point Road
Skokie, IL 60077


Beivuma Inc.
1510 Heidorn Ave
Westchester, IL 60154


Beivuma Inc.
1510 Heidorn Ave
Westchester, IL 60154


Benisons Bakery
1000 Davis St
Evanston, IL 60201


Benjamin Tea Inc.
5858 Northwest Highway
Chicago, IL 60631


Berkel Midwest Sales and Service
4900 West 128th Place
Alsip, IL 60803

Bienen Scholl of Music
Ellen Schantz
711 Elgin Rd.
Evanston, IL 60208


Bill Peterson Productions Inc.
344 N Elm Avenue
Elmhurst, IL 60126


Binny's Beverage Depot
5100 W Dempster
Skokie, IL 60077


Bittersweet
114 W Belmont
Chicago, IL 60657


BMI
10 Music Square East
Nashville, TN 37203


Brad Ilko
Po Box 1794
Evanston, IL 60204


Brides.com
PO Box 5350
New York, NY 10087


Broich Enterprises, Inc
6440 City West Parkway
Eden Prairie, MN 55344


Business Graphics Inc
955 Dieckman St
Woodstock, IL 60098


Cahill Inc
1515 Church St
Evanston, IL 60204


Cancan Ma & Nhan Than
4419 N. Lawndale
2B
Chicago, IL 60625

Capital Management Services, Inc.
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Carmax Auto Finance
2040 Thalbro St
Richmond, VA 23230


CarMax Auto Finance
PO Box 3174
Milwaukee, WI 53201


Carousel Linen Rental
454 Sheridan Rd
Highwood, IL 60040


Catherine Schieve
7322 Island Circle
Boulder, CO 80301-3906


CBS Collegiate Sports Properties
PO Box 33074
Newark, NJ 07188


CCNA


Chase
Po Box 1093
Northridge, CA 91328


Chase
201 N Walnut St # De1-10
Wilmington, DE 19801


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 15153
Wilmington, DE 19886

Chase Visa Card
Po Box 15153
Wilmington, DE 19886


Chicago Coast True Value
6942 N Western Ave
Chicago, IL 60645


Chicago Jewish News
Attn: Steve Goodman
5301 West Dempster
Skokie, IL 60076


Chicago Style Weddings
1008 Bonaventure Dr
Elk Grove Village, IL 60007


Chicagos North Shore C&VB
801 Lincoln Avenue
Ste 715
Skokie, IL 60077


City Beverage-Arlington
1401 E. Algonquin Rd
Arlington Heights, IL 60005


City Of Chicago


City Of Evanston
Ann Stuart, Health and Human
Suite 1700
Evanston, IL 60201


City of Evanston


City of Evanston Managers Office
Attn: Liquor License Coordinator


Cleaners Warehouse
7300 N Western
Chicago, IL 60645

CNA Surety
8137 Innovation Way
Chicago, IL 60682


Coca-Cola Bottling Company


ComED
Bill Payment Center
Chicago, IL 60668-0001


CommunityLink
4742 Holts Prairie Rd
PO Box 306


Connoisseur Wines
7510 N Caldwell
Niles, IL 60714


Cora Italian Specialities Inc
9630 Joliet Road
La Grange, IL 60525


Costco


Cozzini Brothers, Inc
350 Howard Ave
Des Plaines, IL 60018


Cream Wine Company
118 N Peioria St
3rd Floor
Chicago, IL 60607


CVS


Darlene Reed


David & Lauren Young
1419 Forest Ave.
Evanston, IL 60201

David Cole
c/o Law Office of Michael Torchalsk
820 E. Terra Cotta Ave., Ste. 207
Crystal Lake, IL 60014


David Young & Lauren Etter
1628 Wesley Ave.
Evanston, IL 60201


Davis Florist
1022 Davis St
Evanston, IL 60201


Deal Me in Marketing
PO Box 305
Northbrook, IL 60065


Discover
Po Box 52145
Phoenix, AZ 68072


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Distinctive Wine and Spirits
2701 S Western Ave
Chicago, IL 60608


Eduardo Mendez
1429 W. Lunt
Apt. 305
Chicago, IL 60626


Edward Don & Company
2562 Payspehere Circle
Chicago, IL 60674


Eileen Chao
2200 Cabot Drive
Lisle, IL 60532

Elissa Knof & Mike Vantubbergen
1715 Chicago Ave.
#918
Evanston, IL 60201


Eric B. Hammond
807 Judson Ave.
Apt. 2
Evanston, IL 60202


Eric Huang


European Imports, Ltd.
135 S. Lasalle Street #4494
Chicago, IL 60674


Evanston Chamber of Commerce
1560 Sherman Ave.
Ste. 860
Evanston, IL 60201


Evanston First Liquors


Evanston Health
2100 Rdige Avenue
Evanston, IL 60201


Evanston Roundtable
1124 Florence Ave Ste 3
Evanston, IL 60202


Evanston Water Dept
PO Box 4007
Carol Stream, IL 60197


Evanston Water Dept
PO Box 4007
Carol Stream, IL 60197


Expedition Wine and Spirits
5215 N Ravenswood
Suite 311
Chicago, IL

Extra Value Wine and Liquor
7380 N Western Ave
Chicago, IL 60645


Facilitec Central
3851 Clearview Ct, Ste A
Gurnee, IL 60031


Fidel Oleaz
4636 S. Calinfornia
Chicago, IL 60632


Filter Brite
3851 Central Ct, Ste D
Gurnee, IL 60031


Fine Vines, LLC
2825 Thomas St
Melrose Park, IL 60160


Flader Plumbing & Heating
3004 Central St
Evanston, IL 60201


Fortessa, Inc
22601 Davis Drive
Sterling, VA 20164


Fox Valley Fire & Safety
2730 Pinnacle Drive
Elgin, IL 60124


Fulton Street Banking Company
2011 W Fulton
Chicago, IL 60612


GA Crandall and Co. Inc
3851 W 167 St
Tinley Park, IL 60477


Genusus
1350 Remington Rd Suit L
Schaumburg, IL 60173

Gerald J Horn, Inc
10600 W Higgins
Des Plaines, IL 60018


Goldberg, Mechales, Charneske, & Sc
2101 Waukegan Rd #210
Deerfield, IL 60015


Graphic Design and Printing
4760 N Milwaukee Ave
Chicago, IL 60630


Great Lakes Cr Un
2525 Green Bay Rd
North Chicago, IL 60064


Great Lakes Wine Company
450 North York Road
Bensenville, IL 60106


Greco And Sons
1550 Helcht Road
Bartlett, IL 60103


Gregory J. Schaefer
18 Carlisel Road
Lake Zurich, IL 60047


H2Vino
560 W Roscoe Ste B
Chicago, IL 60657


Hall's Rental Service
6310 Howard
Niles, IL 60714


Hawthorn Publications


hEDwORXdESIGN
1649 W Huron #2R
Chicago, IL 60622

Henry Brockman
432 Grimm Rd
Congerville, IL 61729


Heritage Wine Cellars, Ltd
660 W Howard St
Niles, IL 60714


Holly Sider
704 Michigan Ave.
Evanston, IL 60202


Horn Insurance
10600 W Higgins Rd Ste 524
Des Plaines, IL 60018


House of Rental
5115 W Church St
Skokie, IL 60077


HP Products Coorporation
PO Box 68310
Indianapolis, IN 46268


Ia Mozzarella
499 Chambers Dr.
Barrington, IL 60010


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph St.
Chicago, IL 60606


Illinois Dept of Revenue
Retailer's Occupation Tax
Springfield, IL 62796


Illinois Dept. of Employment Securi
Benefit Repayments
P.O. Box 19286
Springfield, IL 62794-9286


Illinois Dept. of Public Health
PO Box 4263
Springfield, IL 62708

Illinois Liquor Comission
100 W. Randolph
Ste. 7-801


Imports, Inc
1850 N Leavitt St
Chicago, IL 60647


IMS
7449 N Natchez Ave
Niles, IL 60714


International Monetary Systems


Ivan Silva
4608 N. Beacon
Chicago, IL 60640


Ivantage Network Solutions
PO Box 21261
Tulsa, OK 74121


Jack & Darlene Schwartz
2620 Appletree Lane
Northbrook, IL 60062


Jacks Tents
3242 Monroe St
Chicago, IL


Jan Buser
2339 Jonquil Pl.
Rockford, IL 61107


Jason A. Prah
4310 N. Damen
Chicago, IL 60618


Jays Painting

Jays Refigeration Services
904 S Roselle Rd
Schaumberg, IL

JDY Inc
2665 Forest Ct
Deerfield, IL 60015

Jesus Junez
5319 N. Hoyne Ave.
1st Floor
Chicago, IL 60625

Jewish News
5301 W Dempster
Skokie, IL 60077

Joanna Denis
9650 Keller Ave.
Skokie, IL 60076

Jonathon Templeton & Zoltan Nabilek
727 W. California Terrace
V3
Chicago, IL 60657

Jorge M.Bernal
5521 N. Greenwood
Apt. 2
Chicago, IL 60640

Jose Diaz
1939 N. Tripp Ave.
Chicago, IL 60639

Jose Luis Avalos Vasquez
1716 W. Greenleaf Garden
Chicago, IL 60626

Judith Helzner
5214 N. Lakewood Ave.
Chicago, IL 60640

Karen Kalmek & Bill Homer
1106 Oak Ave.
#503
Evanston, IL 60201


Kent Ford
1207 Greenleaf
Evanston, IL 60202


Kimberley Compton
James Allen Center
2169 Campus Dr.
Evanston, IL 60208


Kinnikinnick Farm
21123 Grade School Rd
Caledonia, IL 61011


Kovitz Shifrin Nesbit
750 Lake Cook road, Ste. 350
Buffalo Grove, IL 60089


Larry & Debbie Brady
12 Sunrise Cay Drive
Key Largo, FL 33037


Larry & Linda Bolon
3628 Winnetka Rd.
Glenview, IL 60026


Le Royale Icing, Inc
35 Chicago Ave
Oak Park, IL 60302


Lees Farm Fresh Produce, INC
556 Peregrine Dr
Palatine, IL 60067


Lemoi Ace Hardware
1008 Davis St
Evanston, IL 60201

Lencioni Wholesale Meats
1000 Brown St
Suite 205
Wauconda, IL 60084


Leobardo Ibarra Avila
4005 N. Sheridan Rd.
Apt. 3
Chicago, IL 60613


Leons Landscaping
26735 W IL Route 173
Antioch, IL 60002


LeRoy Associates Inc
324 Fitzwater St


Longo & Siefer INC
4880 W Grand Ave
Chicago, IL 60639


Luis Castaneda
6312 N. Bell Ave.
Chicago, IL 60659


Luis Galindo


Luiz Cruz
2361 W. Chase
Apt. 2
Chicago, IL 60645


Lynns Cleaners
7401 N Western Ave
Chicago, IL 60645


Maddic Media
P10142 Sunshine Dr


Manuel Perez
1515 W. Morse Ave.
Apt. 307
Chicago, IL 60626

```
Marcus Promotions Inc
5901 N Cicero
Suit 306
Chicago, IL 60646


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201
```

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

```
Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201
```

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201

Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Margarita Club, Ltd. dba Va Pensier
1566 Oak Ave.
Evanston, IL 60201


Mario Junez
5319 W. Morse Ave.
Chicago, IL 60645


Masterchem Services Corp
7314 N Lawndale Ave
Skokie, IL 60076


MasterType Accounting and Business
6312 N Milwaukee
Chicago, IL 60646

Maverick Wine Company
1101 Ellis Avenue
Bensenville, IL 60106


McBee Systems Inc
PO Box 88042
Chicago, IL 60680


Michael Pure
1566 Oak
Evanston, IL 60201


Michael Pure
1566 Oak
Evanston, IL 60201


Mickeys Linen
4601 W Addison
Chicago, IL 60641


MicroPro Computer Rental
638 Anothony Trail
Northbrook, IL 60062


Micros Service Network
PO Box 23747


MilleFiori Florists Ltd
1943 Central St
Evanston, IL 60201


Morning Glory Ltd.
1135 Central Ave
Wilmette, IL 60091


Nationwide Credit, Inc.


Newtork ADM, Inc
Etric Borchert
190 Cool Stone Bend


Next Theater

Nicor
PO Box 416
Aurora, IL 60568


Nicor
PO BOX 416
Aurora, IL 60568


North Shore Towing
2527 Oakton St
Evanston, IL 60202


Northshore Laboratory Svcs.
9851 Eagle Way
Chicago, IL 60678


Northwest University
Teri Collins
2145 Sheridan Rd.
Evanston, IL 60208


Northwestern Physics


Northwestern University
Theater & Interpretation Center
Michael Ryczek


Northwestern University
Christine Breakey & Mark Porto
2001 N. Sheridan
Evanston, IL 60208


Northwestern University
Christine Breakey/Joseph Fernandez
2001 N. Sheridan
Evanston, IL 60208


Nortwestern University
Christine Breakey & Suba Santhanam
2001 N. Sheridan
Evanston, IL 60208

Novovino Wine Company, LLC
630 N Franklin
Suite 1001
Chicago, IL 60610


O'Rourke & Moody
55 W Wacker
Chicago, IL 60601


On Track Fulfillment, Inc
1285 Hartrey Ave
Evanston, IL 60202


OpenTable, Inc
Payment Lockbox
PO Box 49322


Osterman
750 Osterman Ave
Deerfield, IL 60015


Petal Service
Donna Buyer
706 Reba


Peterson PMProductions Inc
344 Elm
Elmhurst, IL 60126


Petra Van Nuis


Pioneer Press
3701 W Lake Ave
Glenview, IL 60026


Plitt Seafood


RadioShack
716 Church St
Evanston, IL 60201

Ralitsa Mitrakieva


Ravinia Plumbing


Reach Local


Recovery One


Renzo Dairy
PO Box 505
Franklin Park, IL 60131


Rewards Network
300 S. Park Road
3rd Floor
Hollywood, FL 33021


Rewards Network Establishment Servi
Two North Riverside Plaza
Chicago, IL 60606


Robert Goulka & Jeam Kelm
1501 Oak Ave.
Evanston, IL 60201


Robert Houde Wines LLC
215 Park St
Bensenville, IL 60106


Rotary International
Allison Galvin
1530 Sherman Ave.
Evanston, IL 60201


Rotary International
Betty Rozanski
1560 Sherman Ave.
Evanston, IL 60201

Ruben Padilla
1750 W. Granville
Chicago, IL 60660


Sage Payment
1750 Old Meadow Rd.
Ste. 300
Mc Lean, VA 22102


Sara Anderson & Elizabeth Dale
1418 W. Elmdale
Apt. 2E
Chicago, IL 60660


Sarah Benko & Daniel Oska
807 Church St.
#211
Evanston, IL 60201


Sarah's Pastries and Candies Inc
70 E Oak St
Chicago, IL 60611


Sears/Cbsd
Po Box 6189
Sioux Falls, SD 57117


Secretary of State
3701 Winchester Rd
Springfield, IL 62707


Segundo Gambino


Sergio Perez
1515 W. Morse Ave.
Apt. 307
Chicago, IL 60626


Shana Lehar & David Peterson
6301 N. Sheridan Rd.
22M
Chicago, IL 60660

Society Insurance
PO Box 1029


SOS Internet


Souther Wine and Spirits of Illinoi
2971 Paysphere Cir
Chicago, IL 60674


State Farm Insurance


Students Publishing Company, Inc
1999 Sheridan Rd
Evanston, IL 60208


Sustainable Greens Farm
10412 Harder Rd
Three Rivers, MI 49093


Sweet Dreams
1107 N Waukegan Rd
Glenview, IL 60025


Tablescapes
1827 W Hubbard
Chicago, IL 60622


Tags Bakery, Inc
2010 Central St
Evanston, IL 60201


Target


Taxpay


Tekla Inc
1456 N Dayton St
Chicago, IL 60622

Teller, Levit & Silvertrust, P.C.
11 East Adams Street
Chicago, IL 60603


The Family Institute
Erin Conway
618 Library Pl.
Evanston, IL 60201


The Family Room
Sue Sklansky
3009 Central St.
Evanston, IL 60201


The Margarita European Inn
1566 Oak Avenue
Evanston, IL 60201


The Plitt Company
PO Box 5940


The Seafood Merchants, Ltd
900 Forest Edge Dr.
Vernon Hills, IL 60061


The Talking Farm


Towns and Associates
126 Water St
Baraboo, WI 53913


Transworld Systems
PO Box 1864
Santa Rosa, CA 95402


Travelers
CL Remittance Center
06183
Hartford, CT 06183


Union Beverage Company
23734 Network Place

United Healthcare Insurance
Dept CH10151


Up 'N Adam Service and Supply Inc
PO Box 6063
Buffalo Grove, IL 60089


VaPensiero


VaPensiero


Veolia ES Solid Waste Midwest LLC
PO Box 6484
Carol Stream, IL 60197


Versus Card Svcs-Sage Payment Solut
1501 Farm Credit Dr
Suite 150
Mc Lean, VA 22102


Vin di Vino
PO Box 798059
Saint Louis, MO 63179


Vinifera Midwest
174 East ST
Carol Stream, IL 60188


Vintage Wines Ltd
2700 River Rd
Suite 200
Des Plaines, IL 60018


Viola Imports Inc
PO Box 185
Elk Grove Village, IL 60009


Wesley Realty Group
832 Custer Ave
Evanston, IL 60202

Western Surety
8137 Innovation Way
Chicago, IL 60682


Whole Foods



Wine Cru
Chung Diane


Wino Distribution Inc
5017 Chase Ave
Downers Grove, IL 60515


Wirtz Beverage
PO Box 809180
Chicago, IL 60680-9180


Womens Club



WorkPlus Occupational Health RHC
3101 N Harlem Ave
Chicago, IL 60634


Zachary I. Gass, Esq.
Law Offices of Kein J. Kawa
200 W. Adams St., Ste. 2004
Chicago, IL 60606


Zee Medical
PO Box 781494
Indianapolis, IN 46278


Zina Service
402 S 6th Ave
Maywood, IL 60153


Zoltan Nabilek
727 W. California Terrace, Unit V-3
Chicago, IL 60657

Zurich North America
8712 Innovation Way
Chicago, IL 60682-0087

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jeffrey S. Muldrow**
     **Maureen Elizabeth Muldrow**                Case No. _____

                              Debtor(s)           Chapter     **7**

## AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

       **Jeffrey S. Muldrow**
       **Maureen Elizabeth Muldrow**

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

       Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception").
       **No Exception.**

       Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception").
       **No Exception.**

       Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I, **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**, certify under penalty of perjury that the above is true and correct.

Executed on   **July 2, 2010** _____

                              **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
                              Signature
                              **Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
                              **6272494**

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jeffrey S. Muldrow**
_____
**Maureen Elizabeth Muldrow**
_____

Debtor(s)

Case No. _____

Chapter    **7**    _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, _____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any): _____.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

    ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

    ☐ Active military duty in a military combat zone; or

    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:    **/s/ Jeffrey S. Muldrow**
_____
**Jeffrey S. Muldrow**

Date:    **July 2, 2010**
_____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Software Copyright (c) 1996-2010 Best Case Solutions. - Evanston, IL - bestcase.com

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

| | | | | |
|---|---|---|---|---|
| In re | Jeffrey S. Muldrow | | Case No. | |
| | Maureen Elizabeth Muldrow | | | |
| | | Debtor(s) | Chapter | 7 |

# DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, ____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any): _____.

☐ I, ____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

   ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

   ☐ Active military duty in a military combat zone; or

   ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:   **/s/ Maureen Elizabeth Muldrow**
                       **Maureen Elizabeth Muldrow**

Date:   **July 2, 2010**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

**Disclosure Pursuant to 11 U.S.C. §527(a)(2)**

You are notified:

1.  All information that you are required to provide with a petition and thereafter during a case
    under the Bankruptcy Code is required to be complete, accurate, and truthful.

2.  All assets and all liabilities are required to be completely and accurately disclosed in the
    documents filed to commence the case. Some places in the Bankruptcy Code require that you
    list the replacement value of each asset. This must be the replacement value of the property at
    the date of filing the petition, without deducting for costs of sale or marketing, established
    after a reasonable inquiry. For property acquired for personal, family, or household use,
    replacement value means the price a retail merchant would charge for property of that kind,
    considering the age and condition of the property.

3.  The following information, which appears on Official Form 22, Statement of Current
    Monthly Income, is required to be stated after reasonable inquiry: current monthly income,
    the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy
    Code, disposable income (determined in accordance with section 707(b)(2)).

4.  Information that you provide during your case may be audited pursuant to provisions of the
    Bankruptcy Code. Failure to provide such information may result in dismissal of the case
    under this title or other sanction, including criminal sanctions.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney.  THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST.  Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need.  Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you.  Be sure you understand the relief you can obtain and its limitations.  To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court.  You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt.  You may want help deciding whether to do so.  A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation.  You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jeffrey S. Muldrow,**
       **Maureen Elizabeth Muldrow**

Case No. _____

                                             , Debtors

Chapter _____**7**_____

# DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date_____**July 2, 2010**_____

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**_____
Signature of attorney
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
**Kaplan Law Offices, P.C.**
**4043 Dempster**
**Skokie, IL 60076**
**847-676-8600**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Jeffrey S. Muldrow**
**Maureen Elizabeth Muldrow**

Case No. _____

Debtor(s)    Chapter    **7**    _____

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Jeffrey S. Muldrow**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Maureen Elizabeth Muldrow**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **July 2, 2010**    Signature  **/s/ Jeffrey S. Muldrow**
                                            **Jeffrey S. Muldrow**
                                            Debtor

Date  **July 2, 2010**    Signature  **/s/ Maureen Elizabeth Muldrow**
                                            **Maureen Elizabeth Muldrow**
                                            Joint Debtor

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)    the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)    the effect of receiving a discharge of debts
(3)    the effect of reaffirming a debt; and
(4)    your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,347,500 ($336,900 in unsecured debts and $1,010,650 in secured debts).

## AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| /s/ Jeffrey S. Muldrow | July 2, 2010 | /s/ Maureen Elizabeth Muldrow | July 2, 2010 |
|---|---|---|---|
| Debtor's Signature | Date | Joint Debtor's Signature | Date |